FILED

09 MAY 29 PM 2:20

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name    JAMES          JOHN          E.
        (Last)         (First)       (Initial)

Prisoner Number    P - 13474

Institutional Address   Salinas Valley State Prison • P.O. Box 1050 •

Soledad, CA. 93960

========================================================================

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

John E. James III                    CV 08. 2706
(Enter the full name of the          Case No.
plaintiff in this action)            (To be provided by the clerk
                                     of court)
                                                    JSW    (PR)
vs.

California Department of Correction:    COMPLAINT UNDER THE CIVIL
                                        RIGHTS ACT, 42 U.S.C § 1983
: "Secretary"... Scott Kernan,

Salinas Valley State Prison: (Warden)   ( √ ) DEMAND FOR JURY TRIAL
                                        ( __ ) NO JURY TRIAL DEMAND
Mike S. Evans", as does (1-40)          (check one only)
(Enter the full name of the
defendant(s) in this action)

All questions on this complaint form must be answered in order
for your action to proceed.

I.    Exhaustion of Administrative Remedies

      **Note:** You must exhaust your administrative remedies before
      your claim can go forward. The court will dismiss any
      unexhausted claims.

      A.    Place of present confinement   Salinas Valley State Prison

      B.    Is there a grievance procedure in this institution?
            YES ( √ )      NO ( )

1

C.  Did you present the facts in your complaint for review
    through the grievance procedure?   YES( )   NO (X)

D.  If your answer is YES, list the appeal number and the date
    and result of the appeal at each level of review.  If you
    did not pursue a certain level of appeal, explain why.

    1.  Informal appeal _____

    2.  First formal level _____

    3.  Second formal level _____

    4.  Third formal level _____

E.  Is the last level to which you appealed the highest level of
    appeal available to you?  YES ( )  NO ( )

F.  If you did not present your claim for review through the
    grievance procedure, explain why. Plaintiff was denied any Available
Administrative Remedies, Cause a "chilling Effect" on 1st Amend of U.S. Const.
(Government Claims Board Complaint Is Filed)     — (See Attached Claim(s))
II. Parties

    Write your name and your present address.  Do the same for
    additional plaintiffs, if any.

    A.  John E. James III  • Salinas Valley State Prison •
        P.O. Box 1050 • Soledad, CA. 93960

    Write the full name of each defendant, his or her official
    position, and his or her place of employment.

    #1). B. (_____ _____): _____ ...
    #2). (Inspector General): "Matthew Cate" ...     ( Note: )
                                    — (Continue "Names of Defendants" on
                              2              Attached sheet ) —
                                          // Page. # 2-A //
                                                (1-2)

Continuing. Names & Jobs, of Defendants

#3) ( ~~Co. District Co. Court Northern District Judge~~ : "~~Biography & Matt~~" )

#4). ( California Department of Corrections & Reabilitation: "Secretary" )

#5). ( Salinas Valley State Prison: Warden: "Mike S. Evans" )

#6). ( (S.V.S.P.) Cheif ~~Depty~~ Deputy Warden: " Neoti"; "L. Trexter"; ) {(# 39)}

#7). ( (S.V.S.P.) Associate Warden: " Pomoer"; "G. Ponder"; (#44)

#8). ( The (S.V.S.P.) entire "Executive Review Committee" of this matter
   (via., (837) Crime/Incident Report Log No.#SVSP-FD8-08-02-0087) ...

#9). ( Captain: "L. Negron" ) ; #10). ( Captain: "B. Rankin" );

#11). ( Lieutenant: "R. Fritz" ); #12). ( Lieutenant: "J. Stevenson" );

#13). ( Sergeant: "M. Tellez" ); #14). ( Sergeant: "Sanchez" );

#15). ( Sergeant: "Sullivan" ); #16). ( Sergeant: "S. Deathriage" );

#17) ( Correctiona Counsel #1.) (cc1): "Berger"; #18). ( (cc1): "B. Martinez" );

#19). ( Mental Health Staff: (M/H/S): "Dr. Gouch"; #20). ( (M/H/S): "Kart" );

#21). ( (M/H/S): "Dr. Zaejin" ); #22). ( (M/H/S): "Dr. G. Hamlin" );

#23). ( (L.V.N.): "L. Turner" ); #24). ( (L.V.N.): "K. Hayden" );

#25). ( Correctional Officers: (c/o): "G. Cobian"; #26). ( c/o "M. Turk" );

#27). ( c/o "O. Delgado" ); #28). ( c/o "T. Tomasian" ); #29). ( c/o "Lugo" );

#30). ( c/o "G. Ramos" ); #31). ( c/o "J. Gonzalez" ); #32). ( "State of California" );

// (1 of 2)        // - page No. # 2-A - //

Continue on Attached

: <u>Continuing: Names, & Jobs, of Defendants</u>

# 33). ( Division of Adult Institutions • High Security & Transitional Housing / <u>(LT)</u>: "D. Lee" )

# 34). ( Division of Adult Institutions • High Security & Trasitional Housing / <u>(CC2)</u>: "S. Fish" )

# 35). (S.V.S.P.) officials : c/o "V. Ortega";     # 36). c/o "D. Galindo" ;

# 37). c/o "R. S. Reyes" ;     # 38). (Lieutenant) (LT): "G. Salazar" ;

# 40). c/o "D. Aldana" ; (# 41) c/o "V. Ortega". (# 42) c/o "A. Vasquez"; ▮▮▮▮▮ ;

# 43). c/o "C. Flores"; c/o "M. Camble"; (# 44)

# 45). (California Inspector General / "Matthew Cate";

# 46). (CDCR) Office of Internal Affairs, (Director): "Cole"; (# 47) (Reg. Sup.) "M. Mantel".

See Attached Claim(s) as follows; Claims Total...

Attempted Murder, Excessive Force ... Cruel & Unusual Punishment;
Non-Compatible Cell-mating ... // Conspiracy (1-3) ... // Descrimination...

1  Retaliation, causing a "Chilling Effect" see (1-5) ... // Medical Delib-

2  -erate Indifference ... // Deliberate Indifference to Harrassment (1-2)...

3  Due Process Violation(s) (1-2)..., // Denial of any "Available"

4  Administrative Remedies, causing a chilling Effect (1-3)...//

5  III.    Statement of Claim.

6       State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  // Conspiracy to compromize Investigation...//

11                                                    All of the forementioned

12  claim(s) are attached; & each one Is Individually Headed, stating full

13  U.S. Constitutional Claims; there'by & giving this Court Jurisdiction

14  to take Judicial Notice of this Complaint...

15  ///

16  This Civil Complaint "Exemplifies" California Department of

17  Corrections & Reabilitation (CDCR); & Salinas Valley State Prison (S.V.S.P.);

18  'Green Wall,' Deliberate Indifference for State; & Federal Laws/ & or

19  Consequence; for multiple Felony Criminal Acts; aginst prisoners...

20  (See Attached "History Surrounding Complaint"/Exhibit: 11)

21  (See Attached Forementioned Claim(s)

22  _____

23  IV.    Relief.

24       Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26

27       (See Continued "Relief" on next page No. # 4)

28

COMPLAINT                          - 3 -

IV.  Relief

Your complaint cannot go forward unless you request specific relief.  State briefly exactly what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

#1) For all defendants charged to be sued In their (Individual, "3" official,) Composito ... #2) Punative Damage's In the sum of $1,000,000,000. One Billion Dollars per Defendant ; Compensatory Damage's likewise ...

DATED: 5-25-08                     John E. Yamel III
                                  (Plaintiff's signature)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**VERIFICATION**
(optional)

I am the plaintiff in the above-entitled action.  I have read the foregoing complaint and know the contents thereof.  The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-25-08                     John E. Yamel III
                                  (Plaintiff's signature)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**JURY TRIAL DEMAND**
(optional)

I demand a jury trial for all claims for which a jury trial is

4

allowed.

    YES (✗)      NO ( )   (check one only)

Dated:    5-25-08          _John E. James_
                               (Plaintiff's signature)

(rev. 11/98)

<u>Denial of any "Available" Administrative Remedies, causing a Chilling
Effect on Plaintiff's 1st Amend Rights of the U.S. Constitution.</u>

On 1-21-08 I filed a (602) Staff Complaint aginst (S.V.S.P.) ① (cptn) "B. Rankin"; (LT) "J. Stevenson"; (SGT) "M. Lutes"; C/o "Gonzalez"; for Retaliatory Harrassment; Intimidation; & Threats of False Charge's; for my filing a 12-6-07 Law Suit aginst officials. (See Exhibit: <u>1</u> )

On 1-27-08 I filed a (602) Staff Complaint aginst Sergeant (SGT) "M. Lutes", for Retaliation; Excessive Force; (& Issuing me False Charge's which I addressed In an attached cover sheet letter, with a copy of the (602) I sent to the Warden "Evans").

<u>Note</u> : Both appeals were collected by C/o <u>M. Servantes</u>; & a copy of the grievance's were sent to (SVSP) Warden "M.S. Evans", with an attached Cover Sheet Letter, requesti he order the harrassment ceased, & ensure the grievance's were processed.
( <u>The (Warden) received both (602(s)) (See Attached Mail Card (CDC 119) Ex: 12</u>

On 2-3-08 I filed a (602) Appeal concerning my transfer endorsement to (SAT-F); agin I sent (warden) "Evans", a copy of the (602) W/Note requesting he ensure It's processed. ( <u>See (CDC 119) Mail Card / Ex: 12 // collected by C/o "T. Tran"</u> )...

On 3-17-08 I filed a (602) Appealing the Guilty finding of a retaliatory False Charge for (Refusing a cellie) (RVR 115) Log No. # FD-08-01-0052
( <u>Collected by C/o D. Aldana</u> ) ...

On 3-26-08 I filed a (602) appeal regarding (S.V.S.P.) officials failure to process the following (602) appeals: ① (2-7-08 Excessive Force & False charge with RVR #FD-08-02-0041) (Ex: <u>10</u> ); ② (2-24-08 Due Process Violations In (RVR #FD-08-02-0041). (See Copy of (602) Ex: <u>1-A</u> ). A copy of the (602) was sent to (Warden) Evans, with a request for It to be processed. (See witness Declaration "B. Picasso"/Ex: <u>6</u> )
( <u>collected by C/o "V. Ortega"</u> )

On 4-3-08 I filed the following (602) appeal(s): #① "Emergency Medical" (602) for Back & Shoulder Pain, Inadequate Painmedication, Physical Therapy Theraband, (2) chronos. #② I filed the second (2ⁿᵈ) (602) appeal reporting missing appeals dated 2-7-08, & 2-24-08; (so x: 1-ⁿ) agin a copy of the appeals was sent to the (warden) Evans, with a note requesting the appeal processe (See witness Declaration "B.Picasso" Ex: ____)    Collected by c/o "C. Flores"

On 4-14-08 I filed a (602) appeal of the Guilty Finding for the Retaliatory False charge of (Battery on a P.O.) (RVR # FD-08-02-0041).
            Collected by c/o "A. Vasquez"

On 4-17-08 I filed a (602) Staff complaint reporting gaurds Interception, Theft, & destruction of my Outgoing Confidential/Legal Mail, & (602) grievance's. (See copy Ex: ____
        Collected by c/o "

On 3-2-08 I filed a (602) Staff Complaint reporting (S.V.S.P.) Mental Health doctor "G. Hamlin", being deliberately Indifferent to plaintiff reporting the 2-6-08 Excessive Force by staff, to him; & (Hamlin) even Conspiring to Cover It up failing to report It... (Ex: 17)
                (Collected by c/o "S. Picazo")

On 5-5-08 I filed a (602) Staff Complaint reporting (S.V.S.P.) (SGT) "Sachez", (whom threatend plaintiffs Life durring the 2-6-08 Assalt Incident), retalitorially (set-up) plaintiff to be assalted & Intimidated on 4-16-08, to prevent medical treatment for Injuries sufferred as a result of 2-6-08 Incident; & In reprisal for plaintiffs Familly filing Citizens Complaint with the Cali State Personel Board.    (Collected by c/o "J. Sañudo")    (See Ex: 18)

On  5-14-08  I filed a  (602)  Staff Complaint against (LT) R. Fritz", (SGT) "M. Valenzuela";
& (S.V.S.P.) Legal Mail clerk; For Conspiracy to cover up Staff Misconduct. (See Ex: 14 )
( Collected by 9/0 "D. Galindo" ) ... ( See Ex: 21 )

The forementioned (CDCR) (602) Appeal/Grievance's filed by plaintiff,
were not process by (S.V.S.P.) officials as required par California Code
Regulations Title 15.            Plaintiff has been denied any
"Available" Administrative Remedies In these matters, causing a
"Chilling Effect" In Violation of the 1st Amendment of the U.S.
Constitution...

Denial of "Administrative" Remedy's ("R") rem(s);
causing a Chilling Effect of plaintiffs 1st Amendment
Rights of the U.S. Constitutions

On the following date(s) plaintiff filed (CDCR) (602) Staff Complaints;
& appeals concerning the 2-6-08 "Excessive Force" Incident.
(Log No.# SVSP-FD8-08-02-0087 ____) (837) Crime/Incident report...
Those grievance's were collected by the also following staff, (via, U.S. Postal),
though not processed by the Institution pur. CCR § 3084.1 ; § 3084.7 ...
///

On 2-7-08 I filed an "Emergency" (602) Staff Complaint (S/com),
alleging "Excessive Force" (E/F), concerning the 2-6-08 Incident; said appeal
was collected by c/o "D. Galindo", & (Galindo) stated (LT) "J. Stevenson"
ceased the appeal for processing; as of 3-3-08 the appeal has not
been processed... (See Attached Exzibit: 10

On 2-24-08 I filed an "Emergency" (602) appeal, alleging Due Process
Violations (via, Failure to provide plaintiff with a Complete Copy of said
(837) crime/Incident report; & Failure to process the matter as required pur
CCR § 3316 (a)(2)(3); § 3320(a); D.O.M § 51030; & (Local Rules) Operational Procedure)
concerning the 2-6-08 Incident; said appeal was collected by c/o "J. Castellanos";
& as of 3-3-08 has not been processed... (See Attached Exzibit: 13 -copy-

Note : : On 2-28-08 I filed an (I/M) request with the (S.V.S.P.)
Appeals Coordinator (T. Varis), Inquiring Into the status of said appeals; &
as of 3-3-08 I've received No response... (See Attached Exzibit: 19 ____ ...
On those dates I also sent (Warden) "Evans", a copy of said appeals, with a letter attached
requesting he ensure the appeals are processed, & the matter Investigated. (See Mail Card/Ex: 12
(

Denial of any Available Administrative Remedies (due to relentless retaliation) Causing a "Chilling Effect" on Plaintiffs First Amendment Rights of the U.S. Const.

Plaintiff Is being denied any "<u>Available</u>" Adiministrative Remedies (Ad-rem(s)), by (CDCR) prison officials; due to their constant retaliation aginst plaintiff (resulting In Irreparable harm) on every - single - occassion, where plaintiff filed a grievance, or complaint /$ or even Law Suit aginst (CDCR) prison officials...

The following Is a Chronology of events, In'which From Retaliation <u>can clearly be Inferred</u>:

See Attached Claim's(s) of ① Retaliation, (1-10) ...

Now See Attached (Non-claim) example of multiple retaliation(s) by (CDCR) officials; Exzibit: _____

///

As this Court can $ shall see, their are approx (30-40) sepparate Issues/Incidents of retaliation by prison officials; $ on each occassion staffs reprisal Is directly following plaintiffs filing of a complaint, Grievance, or Law Suit, aginst (CDCR) (S.V.S.P.) officials.

<u>A more deffinate example Is as follows:</u> : <u>Prior to</u> plaintiff filing, ($ or attempting to file) said Temporary Restraining Order (T.R.O.) In the Monterey Superior Court; $ said Criminal Charge's complaint with the Monterey County District Attorney, "D. Flippo"; on  7-26-07 —— Plaintiff <u>had not</u> recieved a Serious (RVR 115) for approx-imately Two $ One half (2½) Years ...."  - Though upon plaintiffs filing of said Complaints aginst (CDCR) officials; plaintiff was Issued Five (5) retaliatory

///

The type of retaliations exercized by prison officials have been serious In nature; & have continually escelated In their levels of seriousness.

Ranging from setting plaintiff up for a Gladiator Style Fight with non-compatible cell-mates; to feeding plaintiff food with Fecies In the Contents; to Two (2) Assalts upon plaintiff by staff; to Attempts by multiple Staff to "Murder" plaintiff...!

Officials then recommended plaintiff for an Indeterminate (SHU) term; though only after Issuing plaintiff said retaliatory false charge of (Battery on a P.O.) concerning the 2-6-08 attempts by to (Staff) Murder plaintiff Incident; & finding plaintiff guilty of said false (Battery) charge... // On each occassion when plaintiff filed a Staff Compl-aint for one of those harrassments; the next (More-Serious-Offense) would Insue. //

///

This Consistent (pattern) of reprisals by officials, demonstrates an habitual behavior of retaliations (of violent nature) by prison officials. Therefore, plaintiff asserts that the court should not, require plaintiff to continue to subject himself t. such attempts aginst his Life - Liberty & Safety; Just for Exercizing his 1st Amend Right of the U.S. Constitution, (via) Filing Grievance - Complaint - Law Suits)... Fore, In doing so the Court subjects plaintiff to Cruel & Unusual Punish-ment, & Irreparable Harm; / & or (Indirectly) exercizing Deliberate Indifference to those 8th Amend Violations; as well as the "chilling Effect" on plaintiffs 1st Amend of the U.S. Const... Fore, (CDCR) officials should not be allowed to hold plaintiff to the exaustion requirement; when they have habitually proven to denied plaintiff any Available (Ad-rem(s)); by continually Attacking plaintiff with acts of retaliation on every occassion In'which plaintiff attempted to exaust (Ad-rem(s)).

In short: = IF prison officials are consistently beating plaintiff for attempt-ing to exaust; then plaintiff should not be required to exaust; fore In doing so Is to require plaintiff to be beaten.

Failure of the plaintiff to excuse of the exaust-
-ion requirement; would (In-doing-so) send a messege to prison officials, that,
all they (officials) have to do In order to (prevent/avoid) from being sued by
a prisoner, In court; Is simply physically beat - Torment - & Intimidate the
prisoner from his/her attempts to exaust Administrative Remedies ...

"Green Wall" Conspiracy to Compromize Investigation, & Cover Up
Staff Retaliatory Attempts to Murder Plaintiff. Retaliation, & denial
of any Available Administrative Remedies causing a Chilling Effect on
Plaintiff's 1st Amend Right. Interception, Theft & Destruction of Plaintiff's
Ongoing Confidential/ Legal U.S. Postal Mail. In Violation of the 1st
5th & 14th § 14th Amend of U.S. Const.   - Due Process Violation -

On 3-6-08 at approx (2015 hrs.) plaintiff (...) underwent a Video Tape Recorded
Interview concerning my 3-6-08 allegation of Attempted Murder by staff (& wrote.
The (Fact - Finding) Inquire conducting the Interview was (LT): "J. Stevenson";)

Note: (LT): (J. Stevenson), is / & at that time, was defendant in a Law Suit filed by
plaintiff on 12-6-08 in the U.S. Dis Court N. Dis of Cal. (#CV-07-6193-JSW-(PR)

During the preparation of the video Interview (Stevenson) made it clear that he
did not wish to have an Investigation done into plaintiff's allegations; by repeatedly
reassuring the grounds present that "He did Not wish to perform a video Interview;
& the only reason he was conducting the video Interview, is because a Lieutenant
(R. Fritz), ordered the video Interview conducted..."

During the Interview (Stevenson) placed me Inside of a holding cage where the
camera could not record plaintiff's appearance, nor any of the Injuries suffered
as a result of the Incident... Upon conclusion of the Interview I put on the record
that I was going to file a Grievance, & notify both the Warden, & Secretary of this matter
After the Interview (Stevenson) requested that I provide him with a written statement of
the Incident; I informed (Stevenson) that I was filing a (602) grievance appeal of this
matter, & if he wished, he can use a copy of my grievance as my written statement
The next night on 3-7-08 C/O (D. Galindo) came to my cell-door & asked for the written
statement for (Stevenson); I handed (% Galindo) my original (602) grievance; &
requested that he tells (Stevenson) to ensure that the original (602) grievance is
processed... (30) minutes Later (G. Galindo) returned, & stated (Stevenson) said the grievance
would be processed." Though as of 4-20-08 said grievance has yet to be filed processed ...

Conspiracy ... the 8th Amendment of the U.S. Constitution... Retaliation, denial of plaintiffs right to file greivance against any government official causing a "chilling Effect" on plaintiffs 1st Amendment right of the U.S. Constitution... Due Process violation of the U.S. Constitutions 14th Amendment... Campaign to Harrass plaintiff In violation of the 8th Amendment of U.S. Constitution...

On 12-16-08 plaintiff Filed a (CDCR) (602) Staff Complaint Greivance against (S.V.S.P.) officials `S. Deathringe", (SGT); ` Turk", (C/o); a copy of the greivance was also sent to the (S.V.S.P.) Warden `Mike Evans", with a Cover Sheet Letter, requesting he ensure that the greivance Is processed as a Staff Complaint. (See Ex: _41_)

On 1-25-08 plaintiff was contacted by (SGT) `J. Sheltzer", with said 12-16-08 Staff Complaint Greivance; though the greivance was not processed as a Staff Complaint. Instead It was Miscatagorized, & processed as a (602) Appeal. (see Ex: ____
This was a clear violation of (CDCR) policy & procedures; & fore pur Administrative Bulletin (AB) November 22, 2005; No. #1) ` The appeals coordinator (AC) will ensure that all appeal alleging Staff Misconduct are logged as Staff Complaints." (See Ex: ____

The (S.V.S.P.) Appeals coordinator(s) are: `T. Variz"; ` E. Medina";
In said (AC(s)) Intentional miscatagorization of said Staff Complaint, as a regular (being)
(602) appeal, Is endangering plaintiffs Life & Safety, by way of failing to make an official record of the alleged misconduct; & In doing so thereby failing to protect plaintiff from additional harrassment, & reprisal for plaintiffs attempting to File said greivance... (S.V.S.P.) officials are Conspiring to Cover Up Staff Misconduct, & Staff retaliation, & violating plaintiffs Due Process Right; In their clear Campaign to Harrass plaintiff...

Conspiracy to Cover Up (CDCR) "Green Wall" Criminal Misconduct aginst Plaintiff. Screening, Intercepting, Theft & Destruction of Plaintiff's Outgoing (Legal/Confidential) U.S. Postal Mail; In Violation of the First, & Eighth Amendment of the U.S. Constitution.

On the following date(s) plaintiff sent out the following Legal/Confidential, U.S. Postal Mail; collected by the also following prison official(s). Those documents were <u>not</u> processed/sent (via, Mailed) out of the Institution, to their addressed destination. <u>All of those Corrospondence's In question, were reporting, & filing complaints, concerning "Green Wall"; affillintes (Attempts to Murder Plaintiff) on 2-6-08; & additional claim(s), stemming there-from.</u>

(S.V.S.P.) "Green Wall"; affillintes Screened, Intercepted, Stole & Destroyed Plaintiff's Outgoing Legal/Confidential U.S. Postal Mail, In a conspiracy to Cover Up "Green Wall Criminal Retaliatory Misconduct; aginst plaintiff:

(Ex: 2)

On ___2-7-08___  ① Letter to (CDCR) "Secretary". ↑ (Collected by c/o "V. Ortega")

On ___3-6-08___  ① Letter to (S.V.S.P.) Internal Affairs, Liason; Investigntive Service Unit (I.S.U.) (Lieutenant) (LT): "McCall". ↑ (Ex: 5) (Collected by c/o "D. Aldana")...

On ___3-9-08___  ① Letter(s) to: California (Governor) "A. Schwarzennegger".

② (State rep.): "Gloria Romero"; ③ (State rep.) "Jackie Speiers"; (Ex: 5)

④ (Polygraph Specialist) "Jack Trimarco". ↑ (Collected by c/o "M. Camble")

On ___3-26-08___  ① Letter to (S.V.S.P.) Warden: "Mike S. Evans". (Ex: 6)

(Collected by c/o "V. Ortega")...

On 4-3-08 ① Letter(s) to: (Newsweek Magazine) "Stephen Fusezi" (Attorney);

② (S.V.S.P.) Warden "Mike S. Evans", //Note: Letter to Warden was both

∧ copy of ∧ (602) Appeals, & notice that (S.V.S.P.) officials are not processing

those grievance dated: 2-7-08, 2-24-08, 3-26-08. //

(collected by c/o "C. Flores")... (Ex: 7)

On 4-10-08 ① Letter to: (Newsweek Magazine) ; "Stephen Fusezi" (Attorney & Secretary).

(Collected by c/o "D. Aldana")...

On 4-14-08 ① (CDCR) Secretary "Scott Kernan"... (collected by "A. Vasquez")

On ~~AAAA~~ ② Letter(s) to (Senator) "Barok Obama"; //Note: Letter of encouragement;

Non - (CDCR) related //... ② Letter to California (Attorney General) : "E.G. Brown";

③ Letter to : "John L. Burris", (Attorney)... (Ex: 8)

(collected by c/o "D. Aldana")...

On ~~(S/BA/08)~~ ① ~~Document(s) (in, Music; Lyrics)~~ To be copy written, sent to:

"L. K. J. Rembert", (P.O.A.)... (Collected by "D. Aldana")...

(Ex. 15)...

See Attached I/M witnesses Affadavits testifying to said mail being sent out /Ex(s): (1-15).

Then See Attached (CDC 119) Mail Card barifying those Letters were not sent out of (S.V.S.P.) /Ex: 12).

Conspiracy to Compromise an Investigation.. Due Process Violations... In Viola-tion of the 5th, 8th & 14th Amendment of the U.S. Constitution...

On __4-10-08__ (JAMES/P-13474) filed a (602) Staff Complaint↑ alleging (Log:# D-08-01784) retalitorial false charge; & Intentional Due Process Violation to compromise the Investigatio concerning (RVR) #FD-08-02-0041. In said (RVR) a (S.V.S.P.)(LT): "R. Fritz", was the Incident Commander; & (LT): "G. Salazar", was the (SHO) whom found (JAMES guilty of the False Charge.

On __5-1-08__ said Staff Complaint (# D-08-01784) was heard by (LT): "R. Fritz", (the same Lieutenant In'which the (RVR) & (Staff Complaint) concerned). Durring the hearing I Imformed (LT) "R. Fritz" that the matter was one of which he participated In, & the actual (602) It'self actually named (LT) "R. Fritz", as a co'conspire to the Misconduct & therefore he could __not__ reviewed the appeal, pur CCR § 3084.5(e).

(LT): "R. Fritz", was deliberately Indifferent to the Due Process Violation; & replied: "Well, they assigned It to me; so Im hearing It."

This situation Is a clear example of the (S.V.S.P.) unchecked "Green Wall" Conspiracy to cover Up Staff Misconduct, for the following:

#1). Two (2) officials whom are named as co'conspirators In an act of Misconduct, are prohibitted from reviewing the grievance's against __eachother__, for that same act.

#2). Said Staff Complaint (# D-08-01784) was filed aginst __all__ of the following staff:
    ⁍ G. Cobian, ⁍ O. Delgado, ⁍ Turk-Calamaco, & (LT) "R. Fritz", & (LT) "G. Salazar". & (1-10
But, prison officials only held (LT) "G.Salazar", accountable ...

/// (S.V.S.P.) officials are creating a (Pandora's Box), of Conspiratorial Misconduct. Said Staff Complaint (#D-08-01784) was not suppose to be assigned for review by an official who participated In the event being appealed.



On 5-6-0~~Case 3:08-cv-02706-JSW~~ a "Document 1-60-3~~Filed 05/29/2008~~ Statt Complaint Copy # 88 - 01929)

3 during the hearing 'Valenzuela", refused to allow me to provide document evidence,

(via; witness Affadavits testifying to the Issues of the appeal/grievance)

///

(2 of 2)

Cruel & Unusual Punishment; Non-Compatible cellmate; Denial of ability to Control Toilet Fixtures; No cell Ventilation; & Deliberate Indifference In violation of the 8th & 14th Amendment of the U.S. Constitution...

(CDCR) & (SVSP) has an undergroup policy/practice of Coercing prisoners whom are <u>not</u> Compatible, Into their cells to be housed together, under the threat of disciplinary action (being taken aginst the prisoner If he/she declines); resulting in Inmates Loss of Time Credits (via, timely/& or early release), Loss of privilige's, & subject to custody Increase's; & even appliance disposal...

Though, (CDCR) officials fail to take responsibility for/& or Liability for any Irreparable harm those/said prisoners are subjected to, as a direct result of prison officials non-compatible cell placement coercion... Infact, officials exercize an additional underground practice of ordering/coercing prisoners to sign off on a form, freeing officials of the responsibility In the event of Inmates mis'happs Inside the cell; & actually fixing the responsibility onto the knowingly un'compatible prisoners... (via, coercing prisoners to sign a Cellie Compatibility Form; knowing they are not compatible)

Prison officials also do <u>not</u> consider prisoners Mental Health Status; nor discipline history as far as (Sexually Inappropriate Behavior), (i.e., Exposing themselvez to staff; or Masterbating In the presence of staff/& or other Inmates); such behavior has become frequent since the taking of, (Conjical Visits), from lifers; & Is cause for "<u>Serious Violence</u>", & even (<u>Death</u>) between Cell-mates, when these acts transpire Inside of the cell... (CDCR) officials have been attempting to Coerce plaintiff to be celled together with prisoners "<u>whom they Know</u>" have a history of said (though not Limitted to) In'appropriate behavior, as a tactic of harrassment; & have Issued plaintiff Rule Violation Report, when plaintiff Informed them that he & those Inmates were <u>not</u> compatible.

"Green Wall" (Prison Officials Organized Crime Staff Gang Affiliation) Campaign to Harrass... Attempts to Murder a prisoner. Cruel & Unusual Punishment, "Excessive Force", Reckless Endangerment, Conspiracy, In Violation of the 8th Amendment of the U.S. Constitution. Deliberate Indifference

Salinas Valley State Prison (S.V.S.P.) Is notoriously Known throughout the California Department of Corrections & Reabilitations (CDCR), for being a base, & Safe Haven, for "Green Wall" (G/W)... "Green Wall", Is a Mafia Style, Organized Crime Affiliation; consisting of rogue (CDCR) (S.V.S.P.) (though not limitted to) officials; (G/W) Is a Gang fellowship designed to (aginst) Intimidate - Coerce - Assult - Procure False Charge's - Murder - Torment - Torcher - Etc.; "prisoners", & even non-affiliated / non-sympathizing, co-workers ... "Green Wall" Is also (designed / established) to cover up Staff Misconduct; & prevent any (Adverse Personel Action) from being taken aginst other (G/W) affilites.

Plaintiff Is a "Jailhouse Lawyer" (well Known) throughout (CDCR) for assisting prisoners whom cannot read or write; or whom are not legally competent, with the filing of greivance's aginst (CDCR) officials...
(See Attached Classaction Declaration by (S.V.S.P.) Inmates / Ex:    ) Only as example of Group Petition).

As a result plaintiff has been targeted for a "Campaign to Harrass", by (CDCR) "Green Wall" affilites. Plaintiff has been Issued over (30) false charge's by (G/W) members; constantly torchered - threatened, & tormented by (G/W), which has resulted In plaintiff filing over three hundred (300) (CDCR) (602) Staff Complaint & appeals aginst (G/W) members, since 2003; up to date ... "Green Wall" affil -iates have even beaten plaintiff atleast five (5) times, resulting In multiple objecti. Injuries; plaintiff presently has five (5) $1983 civil Complaints pending agin (CDCR) alleged (G/W) affilites; four (4) of them are for: "Excessive Force", "Retaliation", & "Deliberate Indifference"; the most recent Is as follows.

On 2-6-08 at approx (0830) hrs. C/o "G. Cobian") ordered me to submit to restraints while I was in my cell; & he then ordered me out of the cell & into the C-section Upper Shower. I complied, at which time C/o "G. Cobian"; C/o "Delgado"; & C/o "Lugo"; all entered into my cell & thrashed its interior. Upon the conclusion of the cell search, when I was placed back into the cell; I asked (Cobian & Lugo) to allow me to speak with a Supervising Official; they declined, at which time I made it very clear (Verbally through the cell door) that what they were doing is recognized by the Federal Courts, as being retaliation; & that I was going to file a Law suit against them for their retaliation against me for filing a grievance against them; which was reviewed by (SGT) "Seltzer", on around 2-4-08 (just (2) days prior). Both Staff responded, "So what", & proceeded to escort other prisoner out the section; to recreation...

(See Attached witness Declaration by "J. Thompson (V-33314)")... Approx (30) minutes Later C/o(s) "Cobian" & "Delgado", returned to my cell door with a cell search form & I asked him to slide it through the side crack of the door (like they issue mail); he stated No, then opened my food port handing me the form. Cobian then Looked all around him to ensure No one was watching; & then reached his arm into my food port & waves it back & forth; & "Cobian" then yells: "You Son of a bitch; why you grab me!!!" Cobian then reaches back out, & with his right hand pulls out his Cannister of O.C. Pepper Spray, & sprays all of the contents on me. C/o "Delgado", then emptied the contents of his Pepper Spray on the body of (JAMES) as well; the spraying Incident Lasted so Long that it seemed Like even a 3rd officer sprayed me... I was ordered to Lay face down on the cell floor, in the O.C. Pepper Spray, then to bay to the food port & submit to restraints; & I complied: (The period of me being sprayed; & actually being moved out of the contaminated cell; was atleast (7) minutes)... I was placed in cuffs & removed from the cell, at which time C/o "P. Tomasian"; & "Delgado", slammed me onto the cement Face First; & then brought their knees down on my back & neck; at which time C/o "Turk", also began repeatedly kneeing me in my mid-torso; I was eventually snatched up by (Tomasian, Delgado, Turk), in some type of manner which lifted my arms up behind my back so high, I could feel what seemed Like the Ligemits tearing... I was violently escorted down the stairs & out of the section & into the rotunda holding cage; where I repeatedly screamed that this was Excessive

Force; ¶ Retaliation on my revised Document...  never decontaminated

being ... continued screaming that I had been assalted by staff; ¶ asking for medical treatm the gaurds then took me outside of the building; ¶ began banging my head against building exterior cement wall; breaking the scalp In (2) spots; the officers banging my head were C/o(s) "Tomasian"; "Turk"; ... I was then placed back Into the return holding cage; ¶ an hour Later I was taken to the building Recreation Yard by I.S.U. officers: ① Mendoza; ② Lukas; ③ Unknown; ¶ an African American C/o "Ross, or, Boss", (She assisted I.S.U.) as they took approx (10) photographs of me ... I was placed back Into the cage ¶ an unknow Latino Sergeant approached me; stated "Fuck You", to me (3) times; ¶ then Looked around to make sure No one could hear him; ¶ he began threateni my life; the (SGT) even repeatedly vowed to get me In the future; ¶ stated that I am lucky he was'nt there durring the Incident... // The very next day at approx (0900 nrs.) I was taken to Central Treatment center (CTC), for chest, back, neck, ¶ head pains, while lying on the E.R. bed, that same Threatening Sergeant from the day prior, came ¶ stood In the E.R. door-way ¶ stared at me for almost (20) minutes; the (SGT) then engage In a Long conversation with the officer whom escorted me to (CTC); the escorting officer was D-1 floor C/o " Vasquez"; (Vasquez) can Identify Unknown (SGT) All of the following staff were present In D-8 Facility, ¶ personally witnessed me allege Excessi Force; Reprisal ¶ False charge's by staff; ¶ over (30) request for decontamination; though all were deliberately Indifferent: ① M.Tellez - (SGT); ② Sullivan, (SGT); ③ (CCI): "Berger"; (CCI) "B. Martine ④ (AW, or, CDW): "Name Unknown"; ⑤ The entire Mental Health (IDTT) committee; ⑥ I.S.U.; [3rd/Watch: ① C/o G. Ramos; ② C/o M. Williamson; ③ J. Gonzalez; ④ "Richardson", (SGT);

I also witnessed C/o Turk, take the (3) empty cannisters of O.C. used on me, ¶ place them In a bag (plastic), then take them out of the building; I then witnessed C/o Turk, request (3) cans of O.C. out of the tower, ¶ then place those (3) cans In a different plastic bag; ¶ ¶ place those new cannister Into evidence with the Incident 837 crime Package; to be passed o! as if they were the actual cannisters used on me In this matter; this was done directly In the presence of the supervizing official (SGT) "M. Tellez".

// Be Advized          : "I am In a serious fear for my life... I have filed over (50) Staff Complaints aginst (SVSP) officials... Filed approx (20) written complain with (SVSP) Warden "M. Evans"... Filed (3) complaint with (CDCR) Secretary; In'which an Investigati was conducted, (Receipt No.# 441).. I even filed Two (2) civil Lawsuits aginst (SVSP) officials, seeking relief from crimes aginst me ... Though on each ¶ every occassion, officials have persisted to retaliate, with complete disregard for any possible consequence.

Retaliation, & Conspiracy to Harrass, Torment & Intimidate, causing a "Chilling Effect" on plaintiff's First Amend Right; In violation of the 1st, & 8th Amendment of the U.S. Constitution

//  <u>Breif History</u> :  " On 2-6-08 I filed a complaint aginst (S.V.S.P.) c/o (G. Cobian) for Attempts to Murder me ; & (SGT): (" Sanchez") for Issuing me Death Threats. Said (602) complaint was destroyed, & never processed by (S.V.S.P.) officials, In conspiracy to cover Up said 2-6-08 Assult upon me.

///  <u>Issue of Claim</u> :  On 4-16-08 at approx (0930 hrs.) I was taken From (Ad-Seg) to Central Treatment Center (CTC), to receive an (M.R.I) scan for back Injuries sufferred as a result of said 2-6-08 Assult upon me. While awaiting my turn to be treated between around or about (1000 - 1100 hrs.), I was (set-up) by "Green Wall" officials to be retaliatorially assulted, / & or terrorized & Intimidated by gaurds. This (set-up) was <u>"also"</u> In retaliation for my Familly & friends recently filing Citizens Complaints aginst (S.V.S.P.) "Green Wall" officials concerning said 2-6-08 Incident, with the California State Personel Board; (CDCR) Internal Affairs ; & other non-(CDCR) agencies... Around approx (20) minutes before I received the (MRI), said (SGT) " Sanchez", & c/o "G. Cobian" arrived Into (CTC) conferenced with multiple officers present at the podium. I was then removed from the holding cage by c/o " M. Celso", & positioned (Face-First) Infront of a wall behind where c/o (G. Cobian) was standing, at which time c/o (M. Celso) attempted to demoralize me by situating me unnecessarily aggressive, & stating : " Dont move unless I tell you". At that very moment c/o "G. Cobian" gave ( c/o Celso), an appreciative pat on the back ; I was then handed over to two (2) officers responsible for ~~escorted~~ escorting <u>all</u> Inmates from (CTC) to the (M.R.I) trailer

¾ back to ... Cobian, Then walked towards the rear exit of (CTC) near the (E.R.), ¾ stopped directly outside of that doorway. The (2) officers began escorting me approx (15-20) feet behind them, ¾ as soon as we exited the rear door (headed to the M.R.I. trailer), (Sanchez ¾ Cobian) stepped directly behind me (approx (2) feet away) ¾ began threatening me, cursing me, ¾ following behind me durring the escort while doing so. I attempted to Ignore him, though he scellated to attain my attention stating; (something like): "You dead, Mother Fucker! Yeah Im talking to you!". I responded: "Huh, Searge?" ¾ he replied: "Fuck You"... (Sanchez) the positioned himself to strike me from my right blind side; at which time he stopped "all" verbal acts as a (free-staff) road past )n a cart; (Sanchez) then asked the (2) escorting guards, "who was performing the M.R.I.?" The guard responded ... By that time we were on the road-way stretching from the familly visit house, to (CTC), ¾ In the view of an approaching staff member whom wore (¾ 6-8) seniority bars on his sleeve. ~~A white State Penitentiarian corp then protrod~~ At that time (Sanchez) began speaking Spanish to the Latino escorting officer; ¾ concluded his statement with the fraze: "(Say= "That aint true" HA HA ^HA^ )"... At that moment (as If on Key) a white Institution van pulled up, ¾ (Sanchez ¾ Cobian) climbed In, ¾ road up the path towards the Front office. I then asked the (c/o) whom (Sanchez) spoke to In spanish, If (SGT (Sanchez) told him to deny that the Threatening Incident had transpired, (If asked)? I then Informed both officers that the reason (Sanchez ¾ Cobian) were harrassing me, Is because of retaliation for said complaints filed, ¾ a recent 12-6-05 Law Suit filed by me against multiple (S.V.S.P.) "Green Wall" officials, Case No.# CV-07-6193-JSW-(PR) The escorting officers responded that the matter has nothing to do with them; ¾ that they would not get Involved (via, harrass me). Upon being returned to (CTC) as I was scorted past c/o "Millhouse"; I asked him (Millhouse); why he simply stood asside, ¾ allowed (Celso, Sanchez ¾ Cobian) to set-me-up, like that?./ Fore, (Millhouse), was sitting at the rear exit desk, ¾ he Knew of the 2-6-08 Incident; ¾ watched (Sanchez ¾ Cobian) confront me at the door, on my way to receive M.R.I. treatment ...// I fear for my life //

Retaliation, Issuing false (RVR 115) charge's, causing a Chilling Effect" on plaintiff's 1st Amendment Right of the U.S. Constitution...

## Exercized 1st Amend Right (E/1st):

On 12-6-07 plaintiff filed a 42 U.S.C. §1983 Civil Suit aginst a (S.V.S.P.) Sergeant (SGT) "M. Lutes", for 1st, 8th & 14th Amend violations...

On 1-8-08 plaintiff was Issued an Audio Tape Recorded Interview by (S.V.S.P.) Investigative Service Unit (I.S.U.) Lieutenant (LT): "Mc Call", concerning the Issues raised In said civil suit; the Investigation was ordered by the California Department of Corrections & Reabilitation (CDCR) Secretary; receipt No. # 491 ...

Said civil suit Is filed In the U.S. Dis Court N. Dis of Cali Case No. # —

— # CV-07-6193-JSW-(PR)   ...

## Retaliation          :

On 1-11-08 additional defendants of said suit (~~~~) contacted plaintiff & harrassed plaintiff by trying to coerce plaintiff to be celled together with non-compatible (Known Non-Compatible) Inmates; & threatening to Issue plaintiff a false (RVR 115) for refusing a cellie — If — plaintiff declined to be housed with the non-compatible Inmates. Said (S.V.S.P.) officials were:

① "S. Stevenson", (LT); ② "J. Sheltzer", (SGT); ③ "B. Rankin", (Cptn); ④ "Mike S. Evans", (Warden); & a none defendant "Gonzalez", (C/o);

On 1-16-08 plaintiff was contacted by defendant (SGT) "M. Lutes", & threatened to move plaintiff over to buildings D-1 or D-2, to have plaintiff retaliated aginst by "Green Wall", (Notorious Prison Officials Organized Gang).

On 12-10-07 defendant "S. Deathringe", & C/o "Turk, came to plaintiff cell #232, & Threatened plaintiff with uncompatible cellie; & Issuance of false (RVR 115) charge.

(E/ 1st). On 1-16-08 filed a (602) Staff Complaint concerning the 1-16-08 incident, aginst "S. Deathringe"; & c/o "TurK"...

On 1-21-08 plaintiff filed a (602) Staff Complaint concerning the 1-11-08 & the 1-16-08 Incidents; a copy (of both) of the greivances was sent to (S.V.S.P.) Warden defendant "Mike S. Evans", with a cover Sheet Letter requesting he ensure the appeal Is processed... (See Exzibit: _____

## Retaliation :

On 1-24-08 plaintiff was removed out of his cell & placed In the D-8 - rutunda (holding cage); at which time plaintiff was approached by defendant "M. Cutes", then threatened, removed from the cage by "Cutes", demoralize degraded verbally; & assulted by "Cutes". (See Exzibit: ____ )

On 1-25-08 plaintiff was Issued a False (RVR 115) authored by "M. Cutes", & back-dated 1-21-08, alleging that on 1-15-08 plaintiff refused a cellie. The reporting employee "M. Cutes", did not witness alleged charge, nor does he report he witnessed allege charge; & the false (RVR 115) charge Is based solely on the hearsay of a (3rd-Party) officer c/o "G. Cobian"; though No report or evidence was presented by c/o G. Cobian, nor was the Incident recorded In the D-8 building Log book... (See EX: _____

/// Note : : Plaintiff Is presently In (Administrative Segregation (Ad-Seg) pending transfer out of (S.V.S.P.); the false (RVR 115) charge aginst plaintiff Is detrimental In Its Impact upon plaintiff; fore: ① It stops plaintiffs transfer (via; release out of (Ad-Seg)... ② It subject plaintiff to unjust disciplinary action... ③ It cause's plaintiff mental & psychology anguish... Etc... In this situation an (RVR 115) Is the Ideal tool - ploy - tactic, for officials to use & have the most serious retaliatorial effect on plaintiff... Based on the history of Issues In this matter, It Is clear that (CDCR) & the state of California Is un'caplible of protecting plaintiff from continuous relentless reprisal by way of harrassment... Plaintiff fears for his life, safety & future freedom (via; release date from prison)... "

# Retaliation :

On around 1-2-08 c/o "G. Cobian", Issued plaintiff a breakfast tray with (Rat) fecies In the food contents; ( Immediately notified (Cobian), though the officer was Indifferent, & he refused to provide me with none ~~contaminate~~ contaminated tray (food).

(E/1st) :  On 1-2-08 plaintiff filed a (602) Staff Complaint against c/o "G. Cobian"; (& "Lugo")ₓ ~~Box~~ for said contaminated food tray. (See (602)/Ex:____)

# Retaliation :

On 1-28-08 c/o G. Cobian, & (SGT) "M. Cates", Issued plaintiff a False (RVR 115) charge for refusing a cellie. The False charge was heard by (LT): " Frist", on around 2-18-08 at which time plaintiff Informed (Frist) of all of the harrassment by said staff, & staff retaliation (all of foregoing) & that plaintiff has a cellie, & had a cellie on the date this/said (RVR 115) was Issued ; & that plaintiff's cellie Is: ( J. Thompson (v-33314)) ... Plaintiff was still unjustly found guilty, by (Frist)...

(E/1st) :  On around or about 2-4-08 plaintiff's 1-2-08 (602) Staff Complaint against c/o "Cobian" & "Lugo", was heard by a (SGT) "J. Sheltzer"; c/o Cobian, was not at work for (2) days ...

# Retaliation :

On 2-6-08 ( just (2) days later, upon c/o Cobian's, return to work) at approx (0830 hrs.) c/o "Cobian", approached plaintiffs cell & ordered plaintiffs In cuffs & placed me In the shower, then harrassingly thrashed my cell Interior, ~~photographed~~ (with officer(s) "Delgado", & "Lugo"). I Informed the officers that the Federal courts recognized the search as harrassment, & that I (plaintiff) was going to file a Civil complaint against said staff ... The official left the area then returned & sprayed plaintiff with (3) cans of O.C. Pepper Spray through the food port slot; staff then locked plaintiff In cuffs & beat plaintiff viciously while locked In the restraints...

Ketaliation Causing, Chilling Effect. Excessive And or Unnecessary Force; Campaign to Harrass; Taunting & Invoking; In Violation of the 1st, 8th Amend of the U.S. Constitution... Deliberate Indifference.

On 1-24-08 at approx (1100 hrs.) I/M JAMES (P-13474) was placed In the D-8 holding cage awaiting transport to CTC (via, Medical); At which time (SGT) "Lutes", approached his cage In a menacing manner, & repeated asked JAMES "what did he (JAMES) say"... Being JAMES had not made any statement to "Lutes", (JAMES) was confused, & repeatedly asked "Lutes", "what he was refferring to?"... "Lutes", then opened (JAMES) cage & ordered (JAMES) to turn around with his back to "Lutes", (JAMES complied being he was already In hand restraints; & "Lutes", violently grabbed (JAMES) by the left bicept & pulled (JAMES) from the cage. Lutes then stepped directly Into (JAMES) face & began Invoking (JAMES) by verbally disrespecting (JAMES), attempting to demoralize & degrade (JAMES); & pulling on (JAMES) left bicept, while shouting In his ear unnecessary orders Like: ① Stop swaying your head when you walk... ② And, then stopping (JAMES) suddenly durring the escort to (B-sec & stepping directly Into (JAMES) face (approx 1 inch away) & snarling: "I thought I told you to quit swaying your head!" The "Lutes", attempt-ed to selfmanufacture a what would seem like an altercation to those staff out of sight/though In hearing distance; stating: "You refusing a direct order!? You resisting!?" when In actuality none of the (2) were transpiring... (JAMES) was clearly In danger; & (JAMES)

(Turn ↓ over)   ↓ Continued ↓

then ................. (JAMES) then asked
"Lutes" why he was retaliating aginst him for filing greivance's?
And yelled out: "If you're going to assult me, Just assult me & get it
over with..." JAMES then called out to the following staff who were
standing (approx) (7 to 10) feet away In B-section, & told them that
they were witnesses to him being assulted & harrassed by "Lutes"; &
that Lutes was retaliating aginst (JAMES) for greivance's filed.
Those staff Immediately began to exit (B-sec), so as to avoid being
witnesses: ① c/o "M. Morin"; ② c/o "G. Gill"; ③ c/o "G. Cobian"; ④ c/o "Lugo";
c/o ⑤ "G. Garcia"; ... c/o M. Morin, stated: "He, (JAMES) Is a Fucking winer!"
c/o G. Gill, stated (In the bus ride to CTC) "I dont remember nothing, so you
mind as well not ask me. And, I dont got nothing but Bills, so you mind
as well not sue me... The two (2) witnessing prisoners were:
I/M Fernandez, (cell #112); I/M Morrison P-24999 (cell #129);

I, as follows, declare that the foregoing Is true & correct under
the penalty of perjury put 28 USC § 1746:

| (Print Name:) | (Signature:) | (CDCR #) | (cell) | Date: |
|---|---|---|---|---|
| John James | John James | P-13474 | D-8-232 | 1-25-0 |
| Dearick Morrison | Morrison Derrick | P-24999 | D8-129 | 1-25-0 |

Retaliation causing a Chilling Effect on plaintiff's 1st Amend Right. Cruel & Unusual Punishment "Campaign to Harrass" Deliberate Indifference. In Violation of the 1st, 8th & 14th Amend of the U.S. Constitution...

On 12-3-07 plaintiff filed a 42 U.S.C. §1983 civil complaint aginst (CDCR) employees, & the State of California; In the U.S. Dis court N. Dis of Cali (Case # cv-07- 6193- JSW (PR))

On 12-10-07 (at approx 1900 hrs.) plaintiff received notice that said suit has been filed; & that the Forma Pauperis Application was requested by said court.

At around or about (1941 hrs.) ⟨Approx (45) minutes after receiving notice⟩ a defendant In said civil complaint, " S. Deathriage", came to plaints celldoor D-8-232 In a hostile vindictive manner, & began harrassing plaintiff. (SGT) "Deathriage", & c/o "Turk", conspiratorially ordered plaintiff to "cell-up" (vin; became cellmates) with a non-compatible cellmate.

The orders were Issued In a hostile & threatening manner; & plaintiff feared for his Life & Safety. Plaintiff Informed (Deathriage & Turk) that the I/M In'question was not compatible with plaintiff; ――― & plaintiff requeste. an opportunity to atleast talk to the prospective (I/M) In'question, to try to ensure that his health & safety were not In jeopardy; this request was made approx (10) times by plaintiff. (SGT) "Deathriage" & c/o "Turk"; denied each of plaintiffs request. Deathriage, then falsely accused plaintiff of refusing cellmates; then told plaintiff: " Im going to take your T.V." (Imply he (Deathriage) was going to Issue plaint a false (RVR 115))

to 'have' plaintiff Issued un-warranted disciplinary consequence's; which meant the confinscation of plaintiff's appliance & property; In addition to plaintiff already being falsely & unjustly held In (Ad-Seg)...

Defendant 'Deathringe's', 12-10-07 retaliatory harrassment was designed by officials to be a (Mockery) of said civil complaint before this court. Fore, one (1) of the more serious claims raised In this Complain Is: ① Retaliation, Delib Indiff, Campaign to Harrass, cruel & Unus—ual Punishment. (via; Failure to Protect/Knowingly placing plaint In cell with non-compatible (I/M))...

(see/Ex: 29)

Defendant c/o "Turk", was mentioned In the 9-9-07 Staff Complaint as being a staff witness to defendant (SGT) "Sheltzer", refusing to remove plaintiff out of the cell with the non-compatible (via; said fail to protect claim); & "Sheltzer", threatening to get plaintiff a false (RVR) charge, Indeterminate (SHU) term, & a Life-Sentence prison term based on False evidence The Foregoing (though not Limited to) was some of the motives for said officials to retaliatorially harrass plaintiff, as mentioned. The 12-10-07 Incident between plaintiff, (Deathringe & Turk), did Infact transpire as mentioned In the foregoing... (See I/M witness Affadavit/Declaration under the penalty of perjury by "O. Cristalez (H-19060)"/Ex: 39)...

Defendants (Deathringe & Turk) retaliated aginst plaint, with the cruel & Unusual Intention to subject plaintiff to Irreparable harm/& or Injury; by way of housing non-compatible cellmates; with Deliberate Indifference for plaints health & safety...

Retaliation, & Conspiracy to Procure False Charge's aginst an Innocent prisoner, causing a "Chilling Effect" on plaintiffs 1st Amendment Rights of the U.S. Constitution; & In Violation of the 8th Amendment of U.S. Constitution.

---

On 12-6-07 plaintiff filed a 42 U.S.C. §1983 Civil Suit aginst Salinas Valley State Prison (S.V.S.P.) officials, for 1st, 8th, & 14th Amendment Violations of the U.S. Const; for Excessive Force; Retaliation & Due Process Violations. And filed approx (6) (CDCR) (602) Staff Complaints between 12-10-07 & 2-7-08 for retaliation & harrasment ── & as a result (S.V.S.P.) Issued plaintiff the following False charge's:

#1). On 1-25-08 defendant Sergeant (SGT) " Lutes", & 4/o "Cobian", Issued plaintif a False (RVR 115) charge for refusing a cellie Log No.# FD-08-01-0052 ... Said charge Is/was completely False, fore at the time that the (RVR 115) was manufactured & Issued, plaintiff had a cellie, an (I/M): " J. Thompson" (V-33314). (See Declaration/Affadavit by I/M "Thompson" (V-33314) / Ex: ___ ) ...

///

#2). On 2-6-08 4/o "G. Cobian", & " Delgado"; assulted plaintiff, as did (1-10) Staff Members; & then Issued plaintiff a False (RVR 115) Charge of (Battery On a Peace Officer) Log No.# FD-08-02-0041 Officials then referred said false charge to the Monterey County District Attorneys Office, (D.A.) " D. Flippo"; to procure retaliatory false charge aginst an Innocent prisoner. (viz; Plaintiff) ...

Note: " In regards to the 1-25-08 false (RVR) authored by ~~defendant~~ defendant (Lutes), (Lutes) did not even personally observe the accused Infraction; nor does (Lutes) report that he witnessed plaintiff refuse a cellie. Infact, (Lutes) reports that 4/o "G. Cobian", < told (Lutes) that back on 1-15-08 plaintiff allegedly refused a

cellie > ; said False (KVR 115) was not even issued to plaintiff <del>orded</del> until

1-25-08 ———— ten days after the allege offense ... On around 2-15-08 said False (RVR 115) was heard by (S.V.S.P.) officials Lieutenant (LT): " Frist"; durring the hearing plaintiff Informed the (LT) of all the foregoing (though not limited to); & plaintiff had the (LT) comfirm that on the reported date of the alleged offense, there Is No record by (Cobian or Lutes), In plaintiffs 114-A (Ad-Seg) file ; nor In the building communications Log book, no evidence that the alleged offense ever transpired. (LT) " Frist", still found plaintiff Guilty of said false charge...

///

The following officials are responsible for the Issuance, Supervizing, Managing, reviewing, & or approving said <del>xxxx</del> 2-6-08 False/<del>xxxx</del> Retaliatory (Battery on a Peace Officer) charge. Log No # <u>SVSP-FD8-08-02-0087</u> . #FD-08-02-0041...

(c/o) "G.Cobian"; "M.Turk"; "O. Delgado"; "T. Tomasian"; (SGT) "M. Tellez"; (LT) "R. Frist"; (Cptn) "B. Rankin"; (Cptn) "L. Negron"; (AW) "R. Grounds", (AW) "Neoti"; (Warden) "M.S.Evans"; (CDW) "L.Trexter "; (CDCR) Secretary "Scott Kernan" ; (S.V.S.P) Executive Review Committee

In said Retaliatory False Criminal charge (#02-0087) "<u>all</u>" of plaintiff's Due Process Rights were Violated (See Attached Due Process Violation Claim). Plaintiff was denied a Complete copy of the report (via; all non-confidential documents), as required pur CCR Title 15. § 3316 (^) (2)(3) ; § 3320 (^)(c)(1) ... Plaintiff notified (S.V.S.P.) officials of these violations, "& more", on multiple occassions ; & weeks prior to the hearing, though no corrective action was ever taken; those officials notified are as follows:

(Warden) "Evans"; (CDW): "Lewis"; (AW): "Pomoer"; (LT): "Fritz"; (Cptn) "Rankin"; (Investigative Employee); "D.Schlitz".

On 3-19-08 said Retaliatory False charge (#02-0087) was heard by a "<u>Green Wall</u>" member (LT): "G. Salazar" ; whom unjustly found plaintiff Guilty of the False Charge. Officials then referred plaintiff to (ICC) hearing, to be Issued an Indeterminate (SHU) term... On 5-8-08 (ICC) Issued plaintiff a one (1) year (SHU) term.

Due Process Violations, Attempts to Procure False Conspiracy, Attemps to Cover Up Excessive Force, Falsifying Documents In Violation of () the 5th, 8th, & 14th Amendment of the U.S. Constitution...

On 2-6-08 plaintiff reported Excessive Force by (S.V.S.P.) "Green Wall" prison gaurd affiliates. On 2-21-08 plaintiff was Issued a False Criminal Charge for (Battery on a P.O.), (Log No. #SVSP-FD8-08-02-0087 / 837 Crime Report), said false charge (F/C) Is reported as being the same Incident In which plaintiff alleged Excessive Force... In regards to said False Charge (S.V.S.P.) official, & reviewing (CDCR) Administration, have Violated Due Process, (In every stage) of the preparing - Issuing - & processing of said Complaint, In their Attempts to Cover Up Excessive Force by staff; & Procure False Charge.

<u>Those Due Process Violations (though not Limitted to) are as follows:</u>

#1). (S.V.S.P.) officials failed to ensure that the Involved/accusing staff, & Inmate, witnesses, (have been Indentified ), & have submitted Individual reports for 837 Crime/Incident report.(Pur D.O.M. 51030 <u>Prior</u>  to  <u>Going</u>    <u>off</u>   <u>Duty</u> ...

#2). Officials failed to ensure that a statement was taken from "<u>all</u>" Staff & Inmate (I/M) witnesses ... (No I/M witness; Nor Tower Officer; witnessing statement)...

#3). Officials failed to provide plaintiff with a Complete Copy of the report, (via; all non-confidential documents) pursuant to CCR § 3320(a).

#a.) <u>No (I.S.U) Photograph Evidence</u> ;  #b.) <u>No Initial 2-6-08 report from accusing staff officer</u> "G. Cobian", referred to In (Part C1-Supplement) dated 2-16-08 by (LT): "R. Fritz", page (1 of 2) Is also missing from Supplement.

#4). Officials did <u>not</u> "<u>Immediately</u>" report (<u>Severe Assult upon an (I/M) by employees</u>) (via; Excessive Force Allegations), to the office of the Director/Secretary, or departmental deputy officer, <u>by telephone.</u>  (Pur CCR Title 15. § 3382(a))...

(2 of 4)

#5). Officials did <u>not</u> refer the (837) Crime Incident report to the office of the Director, within (72) hours. (Pur CCR § 3382(a)) ; (D.O.M. 51030)...

#6). Officials did <u>not</u> refer/report the Severe Assult Upon an (I/M) by an employee, (via; Excessive Force Allegation) to the office of the Director/Secretary within (72) hours. (Pur. CCR. 15. § 3382 (b)(a))...

#7). Officials failed to provide plaintiff with a copy of the complete (837) Crime Incident report, pur CCR 15. § 3320(a).

(via; District Attorney Referral) ; Written Notification Response within (10) ten working days) pur CCR 15. § 3316 (a) (2) (3)

#9). The (evidence) ~~demand~~ of the alleged crime (Battery on a P.O.) <u>did not</u> substantiate the elements of the crime to be charged ; therefore the charge should <u>not</u> have been refered to the D.A. office for prosecution. (pur CCR 15. § 3316 (b)

#10). Officials <u>did not</u> provide plaintiff a copy of the (CDCR) (114-D) Lock Up order, within (48) hours, as Mandated by (CCR 15. § 3336 (d); § § 3000.5(c)) "Will" Is mandatory language. (Hewitt V. Helms, 459 U.S. 460, 472 (1983).

#11). Official refused to provide plaintiff with a Staff Assistant to process (RVR 115); being plaintiff alleged Excessive Force, the Issue was to be Investigated, which requires a <u>Confidential</u> relationship. (pur CCR 15. § 3318 (b) (2) (A); § 3315 (d) (2) (A) 3.)...

12). Officials have destroyed evidence (of exculpatory value) ; staff destroyed plaintiffs clothing, of which he was wearing (that was sprayed with Pepper Spray) durring the Incident. (via; White T-Shirt, White Thermal bottoms)...

13). On 2-6-08 (date of that Incident) after plaintiff reported "Excessive Force" (E/F), gave officials a hand written, Video Tape Recorded Interview explaining the Incident In detail, asserting that prison officials were Issuing plaintiff a retaliatory False Charge.

(3 § 4)

#13). The (Incident Commander / Incident Manager) Lieutenant (LT): "R. Fritz"
Conspired with the accusing staff, c/o "G. Cobian", & allowed the officer to
change his Initial report/statement, to a new report/statement which could
presumably justify their (the officers) use of force. Said change In the officers
report was executed approx (10) ten days after plaintiff provided officials
with document, & Video records of his accounts for the (E/F) Incident.
(See (LT): "R. Fritz", 2-6-08  (837-A1) - Supplement page (2 of 3) = Stating: I/M James
released ¥o Cobian's, arm & retreated to the back of the cell. James refused to prone out, & was then
sprayed by (Cobian - Delgado - & Turk); In that order.                              )

Now See (LT): "R. Fritz", 2-16-08 (837- C1) - Supplement page (2 of 2)= Stating: I/M James
grabbed ¥o "G. Cobian's" arm, & Cobian broke free of James grasp only after ¥o "Delgado", sprayed James
In the Face & upper torso.

///

#14). Plaintiff's Investigative Employee (I.E.) Is failing to attach a copy of
plaintiff's Statement, & I/M witnesses Questions (& their answers); & plaintiff's
Supplement = Statement, & I/M witnesses Questions (& their answers); to the
(RVR 115) report to be considered by the Senior Hearing Officer (SHO) during
the actual (RVR) hearing.

Due Process Case ... _____ (Retaliation) Retaliation causing a "Chilling Effect" on plaintiffs 1st Amendmend Rights, In Violation of the First, Fifth, & Eighth & Fourteenth Amendments of the U.S. Constitution.

("Secretary", & subordinate staff)

Failure by California Department of Corrections & Reabilitation (CDCR), to Implement/Institute a Policy & Procedure, ; & or Code of Regulations, (Safe Gaurds), which protect prisoners from Retaliatory False Charge's (; & their disposition & discipline), which Violate the 1st Amend; & cause a "Chilling Effect" upon Inmates (I/M(s)) First Amendment Right of the U.S. Constitution; to file grievance's - complaints - or Law Suits aginst goverment officials ...// — Breif History & Issue —

In this matter plaintiff filed a 42 U.S.C. §1983 Civil Complaint aginst (CDCR) "Green Wall" (Organized Crime Prison Officials). Plaintiff was subjected to multiple retaliation In'which he continued to file complaint Grievance's about; & as a result plaintiff was viciously beaten by gaurds (Green Wall), & when plaintiff reported the beating, he was Issued a Retaliatory False Criminal Charge of (Battery on a P.O.); said False Charge (F/C) was Referred to the Local District Attorney for prosecution, & Procurement of False charge's against plaintiff. "&" (CDCR) Administrative Discipline ...

///

Though (CDCR) does Igknowledge I/M(s) 1st Amendment Right In Its policies, (In that It prohibits retalition), It still Falls way short of protecting the 1st Amend Rights of the I/M(s) In Its custody. Fore, officials Fail to Implement/Institute any type of policy & procedure Due Process (Safe Gaurd), which would protect I/M(s) 1st Amend Rights, by protecting I/M(s) from False (RVR 115) & Criminal Charge's ... Fore, eventhough (CCR § 3084.1 (d)), prohibits retaliation for I/M(s) (reporting grievance's - filing complaints - or Law suits); ~~& small errors~~ the State of California Still Fails to set forth Code of Regulation, Policy or

· The for: Correspondence's were processed pur: U.S. Postal Mail, collected by the following officers, as dated:

~~B. Who~~ To: (Warden) "M.S. Evans": (12-16-07 ℅ T. Tran); (1-16-08 ℅ M. Williams); (1-21-08 ℅ M. Servantes); (1-27-08 ℅ M. Servantes) (2-13-08 ℅ V. Ortega); (2-24-08 ℅ J. Castellanos);

To: "Secretary" (CDCR): (1-31-08 ℅ Gonzalez); (2-7-08 ℅ V. Ortega); (2-17-08 ℅ R.S. Reyes); (2-27-08 ℅ D. Aldana);

To: (Inspector General) "Matthew Cate": (2-17-08 ℅ R.S. Reyes);

To: (U.S. Dis Court N. Dis of Cali) "Judge J.S. White": (12-18-07 ℅ R. Lopez); (2-21-08 ℅ D. Gallindo);

To: (Govenor) "A. Schwarzennegger": (7-24-05 ℅ Gonzalez); (8-3-05 ℅ S. Rojas); (3-9-08 ℅ M. Camble );

To: (CDW): " Lewis"; $ (A.W): " Pomoer", "Ponder"; (3-31-08 ℅ R.S. Reyes

To: (CDCR) office of Internal Affairs (Director $ Reg. sup.) "Mr. Cole"; $ "M. Mantel"; (3-26-08 ℅ V. Ortega); (4-2-08 "D. Aldana");

Deliberate Indifference, & Conspiracy to Cover Up, Cruel & Unusual punishment, Excessive Force & Campaign to Harrass & Retaliate; In Violation of the 8th 5th & 14th Amendment of the U.S. Constitution

(S.V.S.P.) Mental Health Administration functions as a Surrogate Custody, or "Green Wall" sympathizing, corrupt branch of the Institution. Being the Commun-ications between Mental Health (M/H) staff, & prisoners Is Confidential, & often secluded; prisoners often report Incidents of Custody Staff ~~secretive~~ Criminal Activity to (M/H) Staff; In search of relief / & or protection... On 2-28-08 plaintiff had a half an hour private conference with (Mental Health) Dr. G. Hamlin"; In said conference plaintiff reported that he was retaliatorially beaten by prison guards, due to his Filing a 12-6-08 Law Suit (# cv-07-6193-JSW-(PR)), against (S.V.S.P.) officials... I reported the Excessive Force (E/F) In great detail, Informed the doctor that I had received death threats from custody staff; that I fear for my life & safety; & asked the doctor for help... The doctor went & obtained my 114-A (Ad-Seg) File; Identified a 9-1-07 Video Tape Recorded Interview of allegations against Staff, ((602) # 5433); then became aggitated with plaintiff; The doctor then began "Vebally" mis'diagnosing plaintiff; calling me Paranoid; accusing me of blaming everyone else for what the gaurd have done to me; & asking me (set-up) questions — In the heat of the moment — In'which he believed would Incite a rash response; to make me seem Anti-American; so he could note It Into my Mental Health Filed... // "Hamlin", asked plaintiff: ' How plaintiff feels about the (whistle-blowing) Laws, In America? '... Being plaintiff had just reported (E/F) to "Hamlin", & asked him for help; & the doctor proved to be Delib-erately Indifferent. Plaintiff found "Hamlins", question to be Sarcastic, Uni'proffess-ional, & highly offensive... Dr. "Hamlin", was Deliberately Indifferent to the Excessive Force against plaintiff; & Conspired with prison officials to Cover Up staff Misconduct, by refusing to report It; even after plaintiff asked him to..

<u>Medical Deliberate Indifference, In violation of the 8th Amendment</u>
<u>of the U.S. Constitution...</u> <u>Conspiracy to Cover Up Excessive Force</u>

Through 2007 up to date plaintiff has suffered an Increasing pain, & complication Inside of his throat. The sensation/feeling Is as If the throat Interior Is deteriorating; & Is slowly worsening with time... The effect has caused a tone change In plaintiffs voice; forcing me to have to strain twice as deliberately to attain a sound when Im attempting to be vocal; It has caused plaintiff to speak with a rasp; plaintiff has lost his ability to sing "harmoniously" ———— & whenever I attempt to sing (or even speak) with a high-pitch; I began choking & coughing... The condition Is also causing plaintiff to choke & cough "un'controlably", whenever the prison ventilation system Is blowing cool air Into the cell; & at one point In 2005 It even caused plaintiff to contract <u>neumonia</u> under said conditions... (Ex: ——— )... In 2007 the condition worsened to the point where It began effecting my ability to eat, to where'as I was choking on my food. <u>The condition Is even causing my</u> <u>breathing to suddenly stop</u>; <u>causing me to choke while Im sleeping</u>; coughing uncontrolably, & needing/trying to drink water... On ——————— plaintiff filed a (602) appeal In (S.V.S.P.) addressing the foregoing medical condition, explaining that while In (CDCR) custody In 2005 & & I had already underwent a (barium swallow) test to diagnose the illness, & the result was Inconclussive. I Informed (S.V.S.P.) officials that being I am <u>still</u> having

these complications, (after the barium swallow was found Inconclusive),
that It was clear that "something else was wrong"; & that I needed to
see a specialist, whom can (Identify / diagnose) what Is the illness that
I am suffering from; & upon which point Initiate a treatment.
Plaintiff also notified the (S.V.S.P.) Cheif Medical Office (C.M.O.) "Charles Lee",
of the circumstance's In this matter, & requested him to ensure I was seen
by a specialist to be diagnosed, because fore all (S.V.S.P.) officials knew, I
could of had/ & or have (Throat/ Vocal cord Cancer). Said (602) appeal was
exausted throughout the (CDCR) system, & was denied. (CDCR) & (S.V.S.P.)
officials were Deliberately Indifference, & simply Issued plaintiff a <u>second</u>
(barium swallow), of which the results "agin" came back Inconclusive.
<u>(see (602) Appeal / Ex:_____</u> )... (CDCR) officials Issued a second (barium swallow
so they could munipulate the record, & appear to be more'so Medically Neglect,
then Deliberately Indifferent, In an un'ethical attempt to withhold jurisdiction
from the (U.S. Dis Court N. Dis of Cali); fore said court Is the regional Federal
Court In this matter; & has already ruled unfavorably against (CDCR) (S.V.S.P.)
concerning medical deliberate Indifference; & In said (602) Appeal plaintiff cited
those governing case's, & even used the Courts own language. (Ex:____ )...
The medical staff, & (602) reviewing staff In this matter are as

follows:_____

///

On 2-6-08 plaintiff was Sprayed with three (3) <u>whole</u> cannisters of
O.C. Pepper Spray, In the ~~face~~ head & upper torso (back) areas. The chemical
agent was administered through the cell door (food-port), by prison guards, while
plaintiff was confined In the cell; alone... Plaintiffs body & clothing were

completely soaked In Pepper Spray; plaintiff has (2) feet long hair (via, Dred Locks) In which gaurds targeted with their onslaught of Pepper Spray, when plaintiff attempted to sheild his face & eyes. Plaintiffs (Dred Locks) soaked up & held the liquid Chemical Agent, & was dripping with the substance for hours, until the chemical dried up In plaintiff hair. Plaintiff repeatedly requested for Medical Treatment; & to be decontaminated appro: (50) times from every staff member who was present, or entered D-8-building (& D-1) on 2-6-08 between around (0900 hrs.) through (2100 hrs.); & officials denied me decontamination/ & or were Deliberately Indifferent to plaintiffs screams In pain...

The Staff present & Deliberate Indifferent In this matter are as follows:

(though not Limitted to): M. Tellez; G. Cobian; Delgado; Turk; G. Ramos; Lugo; P. Tomasian; Sanchez; Haden; Kart; Gouch; Zaejin; B. Martinez; Berg; R.S. Reyes; "(IDTT) Committee"; Sanchez, (SGT);

---

On 2-6-08 after the spraying, plaintiff was ordered to submit to handcuffs (behind back), & was then removed from the cell & beaten extensively by prison gaurds; resulting In (Busted head & multiple body Injuries). Plaintiff Complained of being In suvere pain (Left Shoulder - Neck - Back - chest); & filed atleast (4) medical request between 2-7-08 thru 2-19-08, Informing (S.V.S.P.) officials that the pain killers that I was receiving thru that time were NOT adequate to combat the pain; Informing officials that this was an Emergency Matter & I needed Immediate treatment; & that on a scale of (1-10) my pain was atleast a Nine (9)... On around 2-12-08 I was seen by a nurse _____, whom recognized plaintiff needed stronger pain medication, though failed to take Immediate action... Also, on 2-6-08 when plaintiff was contacted by a male nurse (Medical Staff), to perform a medical report (7219) following the Incident; medical staff conspired with the gaurds to Cover up the assult upon plaintiff; & refused to "record", & treat all of plaintiffs Injuries sufferred as a result of the beating. The Deliberately Indifferent Medical staff are as follows: "L. Turner", (R.N.);

<u>Descrimination ; Racial Hatred ; Racial Targetting for</u>
<u>Excessive Force & Medical Deliberate Indifference & Procurement</u>
<u>of False Charge. In Violation of the 8th & 14th Amend' of U.S. Const.</u>

(S.V.S.P.) "Green Wall" (Organized Crime Affiliates) are notoriously Known for their descrimination, & Racial Hatred of African American (A/A) Prisoner... (A/A) prisoners are Constantly, & Relentlessly Targetted by "Green Wall" (G/W) officials for Assults - Beatings - Demoralizing - Invoking, Procuring False charge's aginst - Threatening - Harrassing - Disrespecting - & Oppressing - Etc. etc... Prison officials even Commonly address (A/A) prisoners as, "Boy; & Nigger". & Infact, Supervizing (white/Carcasian) officials even address their Subordinate (A/A) employee's, (us)↑ — "Nigger" — !

A complaint by (S.V.S.P.) (A/A) Staff was filed against defendant(s) around November 2007; which was allegedly Investigated by the: (ACLU; & NAACP)...

Plaintiff Is an African American (A/A) "Jailhouse Lawyer", with an extensive history of being targeted - Harrassed - & Physically Beaten by (G/W) prison gaurd Affiliates. As a result plaintiff has accumulated an extensive record of (CDCR) (602) Complaints aginst Staff; & mult-iple Corrospondence Complaints to State Officials & Outside Agencies; estimating Approx (350) Complaints (via, Administrative Remedies); & Five (5) Civil Complaints 42 U.S.C. § 1983 suits against approx (100) One Hundred, "Green Wall" Co'conspiring defendants throughout (CDCR)...

E-filing

$\frac{15w}{555}$

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §§ 1983

FILED

Name __JAMES__   __JOHN__   __E.__   DEC - 6 2007
      (Last)      (First)    (Initial)

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Prisoner Number __P - 13474__

Institutional Address __Salinas Valley State Prison · P.O. Box__

__1050 · Soledad, CA. 93960__

========================================================================

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

__John E. James III__
(Enter the full name of the
plaintiff in this action)

CV

Case No. __6193__
(To be provided by the clerk
of court)

JSW

vs.

__"Mike S. Evans" (Warden);__
__"R. Grounds", (CDW(A));__
__as does (1-10). "Scott Kernan" $__
__"James Tilton", (CDCR-Secretary)__
(Enter the full name of the
defendant(s) in this action)

COMPLAINT UNDER THE CIVIL
RIGHTS ACT, 42 U.S.C § 1983

(✓) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND
   (check one only)

(PR)

All questions on this complaint form must be answered in order
for your action to proceed.

I.  Exhaustion of Administrative Remedies

    Note: You must exhaust your administrative remedies before
    your claim can go forward.  The court will dismiss any
    unexhausted claims.

    A.  Place of present confinement __Salinas Valley State Prison__

    B.  Is there a grievance procedure in this institution?
        YES (✓)     NO (  )

1

"Theft/Destruction of Appeals,"

Date:   3-26-08

Theft/Destruction, or Excessive Delay to process (CDCR) (602 "Staff Complaint"; /'s or appeals... On 2-7-08 I filed a (602) grievance reporting the 2-6-08 Assult upon me by guards; said grievance was collected by 4o "D. Galindo"; & Issued to (LT) "J. Stevenson", as of 3-26-08 said appeal has yet to be processed... // On 2-24-08 I filed a (602) appeal alleging due process violations with (437) report (#08-02-0087) Incomplete report; Compromize Investigation; collected by c/o "J. Castellanos"; as of 3-26-08 yet to be processed.* //

Action Requested :

① For said appeals to be processed, & petitioner receive notice of their status... ② For those appeals to be Fowarded to the appropriate Level, consistant with the time they were Initially Filed......

* Copies of those appeals were sent to the Warden, as dated, w/cover sheet Letters for processing...

("Exhibit: 1-a")

( Exhibit: 2 )

I, Jason Thompson (V-33314); declare the following Is true & correct under the penalty of perjury... par 28 U.S.C § 1746:

"Exhibit: 2"

On 2-6-08 I witnessed the following: At around 8:30 am c/o (s) "G. Cobian", "Cugo", & "Delgado", pulled my cellie (JAMES P-13474) out of our cell, & searched the cell... My cellie (JAMES) told staff they were retaliating against him, & that he was going to sue them for it; & all staff said "So what!" While being escorted to yard c/o(s) "Cobian", "Cugo", & "Delgado", made jokes about what (JAMES) said about the Law Suit; stating: " You gone get a Lawyer? HA HA"... From recreation I was taken to a different building (D-1-128); (JAMES) was there as well & all of our property had been confinscated. (JAMES) was covered In O.C. Pepper Spray, all over his body & soaked Into his hair; (JAMES) Informed the following staff that he had been beaten, & issued a False Charge prison gaurds: c/o "V. Ortega"; c/o "Reyes"; & the (3rd/Watch) nurse whom delivered (JAMES) medication; & the 1st/Watch c/o "J. Coy"; on each occassion NO corrective action was taken,... At approx (2100 hrs) Staff removed (JAMES) from the cell for an alleged video Interview with (LT) "J. Stevenson"; (JAMES) also told (Ortega; Reyes; & J.Coy) that he had not been decontaminated, & he needed additional Laundry & Linnen because the stuff he had was contaminated... (JAMES) had the following Injuries: ① Split Scalp (upper right Forehead); ② Cuts on wrist; Etc... On 2-7-08 (JAMES) filed a (602) appeal about the 2-6-08 matter, c/o D.Galindo collected the (602).

Date: 2-7-08

( "Exhibit: 3 " )

"DECLARATION, PENALTY OF PERJURY"
"AFFIDAVIT"

ON FEBRUARY 6TH, 2008 INMATE
J. JAMES #P.13474 WAS ASSAULTED BY MULTIPLE
STAFF AND WAS PEPPER SPRAYED BY 2-
CANISTERS. THAT CAUSED J. JAMES TO BURN
AND COUGH BADLY. I (JOEY ·ROBERT· RUIZ
#E.14391  D8-114c) OVER HEARD INMATE
J. JAMES COMPLAIN TO SGT. TEREZ 2ND WATCH
AND OTHER C.O.' ABOUT "EXCESSIVE FORCE"
BY STAFF ON 2ND WATCH. BUT NOBODY
WOULD ACKNOWLEDGE J. JAMES COMPLAINTS.
J. JAMES IS BEING HARRASSASSED BECAUSE OF
HIS ON GOING COMPLAINTS AND HIS MIS-
TREATMENT IS NOT RIGHT.

WITNESS.
JOEY ROBERT RUIZ
#E.14391 / D8-114c

I, J. Thompson (V-33314), declare that the following Is true & correct under the penalty of perjury, pur 28 U.S.C. §1746

#1). I am a prisoner In (Salinas Valley State Prison/ (S.V.S.P.), In cell D-1-128, housed with Inmate (JAMES (P-13474); & on the following dates I witnessed (JAMES) send out Confidential/Legal U.S. Postal Mail; to the also following addresses; which was processed /collected by the also listed (S.V.S.P.) Staff:

#2). On 2-7-08 (JAMES) sent a Complaint Letter to the California Department of Corrections & Reabilitation (CDCR) "Secretary"; at 1515 S. Street (#503 South), · Sacramento, CA. 94283... (Collected by 4o V.Ortega)

#3). On 2-13-08 (JAMES) sent a Complaint Letter to the (S.V.S.P.) Warden "Mike S. Evans"; at (S.V.S.P.) · 31625 Highway (101) South · P.O. Box 9529 · Soledad, CA. 93960-9529... (Collected by 4o V. Ortega).

<u>Note:</u> "Both of said 2-7-08 & 2-13-08 Corrospondence's were complaints to said officials reporting that (JAMES) was on 2-6-08 physically beaten, & sprayed with (3) Cans of Pepper Spray, by (S.V.S.P.) gaurds, In retaliation for (JAMES) exercizing his 1st Amendment Right of the U.S. Constitution. The Conspiracy by (S.V.S.P.) to cover Up the Excessive Force aginst (JAMES); & the False charge's Issued aginst (JAMES) In that matter; by (S.V.S.P.) officials..."

I, J. Thompson (V-33314), declare that the foregoing Is true & correct under the penalty of perjury, pur 28 U.S.C. §1746:

Date: 2-15-08       /s/

(print name)

I, Benigno Picasso, declare that the following is true & correct under the Penalty of Perjury, pur 28 U.S.C. §1746:

On the following dates I witnessed my neighbor I/M "JAMES" (P-13474), send out the following confidential/legal U.S. Postal Mail; collected by the following (S.V.S.P.) officials:

On 3-6-08 Letter to (S.V.S.P.) Internal Affair, (Liason) (LT): "McCall"; (I.S.U.) Investigative Service Unit ... (collected by % D. Aldana ).

On 3-9-08 ① Letter(s) to: California (Governor) "A. Schwarzennegger";
② (state rep.) "Gloria Romero"; • ③ (state rep.) "Jackie Speiers";
④ (Polygraph Specialist) "Jack Trimarco".
(collected by % "M. Cumble") ...


= Exhibit: "5"

(signature)

Benigno Picasso

Date: 3-9-08     (CDCR) No.# V32163

I, Benigno Picasso _____, declare under the penalty of perjury that the following is true & correct, pur 28 U.S.C. § 1746:

#1). On 3-26-08 I witnessed my neighbor, I/M (JAMES) # P-13474 process eight (8) sepperate Items of outgoing Legal / Confidential Mail, addressed to the following State & Federal, officials & Agencies:

① U.S. Dis Court E. Dis of Cali: • Fresno, CA.
② Dept of Justice · Sacramento, CA.  (Deputy Attorney General) "Jeffrey Steele".
③ Monterey County Superior Court · Salinas, CA.
④ U.S. Department of Justice · Washington, DC.  (Civ. Rights Div.)
⑤ (CDCR) Office of Internal Affairs · Sacramento, CA.
⑥ Rembert, Jackson, & Deloris · Sacramento, CA.  (Counsel / via., Power of Attorney)
⑦ C. J. Jordan · San Francisco, CA.  (Counsel / via., Power of Attorney)
⑧ Salinas Valley State Prison · Soledad, CA.  (Warden) "Mike S. Evans"

///

Said mail was processed & collected by c/o " Ortega ", as to be sent out of the Institution.  (i.e., U.S. Postal Mail) ...

= Exhibit: 6 "

(Signature)
↓
/s/ Benigno Picasso _____

(Print Name)
↓
Benigno Picasso

Date: 3-26-08        (CDCR) No.# V32163

(Print Name)

I, Benigno Picasso, declare that the following is true & correct under the penalty of perjury, pur 28 U.S.C. § 1746:

On the following date(s) I witnessed my neighbor I/M "JAMES" (P-13474) send/process out the following Confidential Legal U.S. Postal Mail, which was Inspected - signed - dated & collected by the also following prison official:

On 4-3-08 ① Letter to Salinas Valley State Prison (Warden) "Mike S. Evans"...

② Letter to (Newsweek Magazine) Cheif Counsel "Stephen Fuzesi"...

< Collected by c/o "C. Flores" >

On 4-10-08 ③ Letter to (Newsweek Magazine) Cheif Counsel "Stephen Fuzesi"...

< Collected by c/o "D. Aldana" >  ④ Filed (602) Appeal of (RVR) Findings
Log # FD-08-02-0041 ...

(= Exhibit: "7")

4-10-08

(CDCR) No # V32163

/s/ Benigno Picasso

I, Benigno Picasso, declare that the following Is true & correct under the penalty of perjury, pur 28 U.S.C. § 1746:

On the following dates I witnessed my neighbor (JAMES / P-13474) send out the following Confidential / Legal U.S. Postal Mail; collected by the following (S.V.S.P.) staff officials: (JAMES) also sent out the following (602) appeals:

On __4-14-08__  ① Letter to (CDCR) Secretary: "Scott Kernan"; (Sacramento, CA.)...
                                            (staff complaint)
              ② (CDCR) (602) Appeal to (S.V.S.P.) Appeals Coordinator — of (RVR) #FD-08-02-0041..

              Collected by c/o "A. Vasquez"          Note

On __4-15-08__  ① Letter to: "L.K. Rembert"; (Attorney) • (Sacramento, CA.)•••

              Collected by c/o "R.S. Reyes"
                             (U.S. Mail, & (602) Theft) to                    (Attorney General)
On __4-17-08__  ① (602) Appeal of ~~xxxxxxxxxxxxx~~ Appeals Coordinator.... ② Reply to (A.G.)/"M.Vega"; 2-6-08 Exc
              -ssive Force •(Sac, CA); ③ Letter to "John L. Burris", (Attorney) • (Oakland, CA).. ④ Letter to "Barok Ob
              -ma" (Washington, Dc.)... Collected by c/o "D. Aldana"

On __4-20-08__  ① Letter to "Cornel West"; (Law Professor/Attorney) • (Princeton, NJ.)...
              ② Letter to "Stephen Fuzesi"; (Attorney/Secretary) "Newsweek Magazine", (New York, NY.) ...

              Collected by c/o "D. Bryan"

= Exhibit: "8"

§. Benigno Picasso

√32163

("Exhibit: 9")

STATE OF CALIFORNIA
C.D.C. FORM

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTIONS

LOG NUMBER: P-13474

DATE: 3-19-08 (cc1): "Nickerson"     FROM (LAST NAME): JAMES

HOUSING: D-1-125    BED NUMBER (WORK ASSIGNMENT)     JOB NUMBER     FROM     TO

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)     ASSIGNMENT HOURS     FROM     TO

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Sir, this is approximately the (6th) time I've asked you for the following: "Please provide me with a copy of the (D.A. Referral) & D.A. response not to prosecute) for (837) Incident report (SVSP-FDB-08-02-0081)

Please respond to this request in writing....

DO NOT write below this line. Improper use are required, write on the back.

INTERVIEWED BY: T. Nickerson

DISPOSITION: This Report hasn't been refferd to the D.A.

DATE:

cc: Paper trail ............    cc: U.S. Dis Court N. Dis of Cali ...............

Emergency Appeal pur §3084.7    (Assult by Staff)

(21:00 hrs.)

// Collected by ¬10(B. Gilliday) 3-1/28
2:04 to (as's stevenson.
n. game to

## INMATE/PAROLEE APPEAL FORM
CDC 602 (12-87)

Location    Institution/Parole - Region    Log No    Category

7

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classific committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the suppc documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be t for using the appeals procedure responsibly

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMI |
|------|--------|------------|----------------|
| John James | P-13474 | | D-1-128 |

A Describe Problem: Organized Crime ... (Rico Act) "Green Wall" Conspiracy to Issue False Charge; & Procure Three Strike (Life Sentence Prison Term) aginst Innocent prisoner ... Retaliation causing a Chilling Effect on my 1st Amen Right of the U.S. Const... Campaign to Harrass; & Torchering an Inmate ... Excessive Force; Delib Indiff & Medical Deliberate Indifference ... // I have been retaliated aginst for the following (though not limited to) 1st Amend Exercization: ① Law Suit against (SVSP) officials filed 12-6-07 n U.S. Dis Court N. Dis of Cali/case # CV-07-6193-JSW (PR) ... ② (CDCR) Secretary Investigation of (SVSP) staff Receipt No.# 491) ... ③ And approx (20) (CDCR) (602) Staff Complaints aginst (SVSP) staff, since 9-1-07.

If you need more space, attach one additional sheet.    (See Attached Sheet)

B. Action Requested: ① Process as Staff Complaint ... ② Please contact the Inmates whom were housed In the following listed cells on 2-6-08; to Issue a witness statement of what they observed In this matter: #231, #228, #226, #224, #222, #131, #130, #129, #218, #114 #113, #112; & upon receiving those statements, list the I/M(s) Name & # ... ④ Notify Secretary, & Warden ...

Inmate/Parolee Signature: John James    Date Submitted: 2-7-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) ar submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-E, Inmate Claim    CDC Appeal Number:

④ to have ⑥ to be taken out of Federal Custody... Fore I've not been found guilty of "to be taken out of Federal Custody; & placed Into Federal Custody; Immediately

Ⓐ Polygraph Examination concerning my alligation's; re: (CDCR) custody; & re-issued property ...

(1 of 3)    EX.4.9.1.10:

On 2-6-08 at approx (0830) hrs. C/o "G. Cobian", ordered me to submit to restraints while I was In my cell; & he then ordered me out of the cell & Into the c-section Upper Shower. I complied, at which time C/o "G. Cobian"; C/o "Delgado"; & C/o "Lugo"; all entered Into my cell & thrashed Its Interior. Upon the conclusion of the cell search, when I was placed back Into the cell; I asked (Cobian & Lugo) to allow me to speak with a Supervizing Official; they declined, at which time I made It very clear (verbally through the cell door) that what they were doing Is recognized by the Federal Courts, as being retaliation; & that I was going to file a Law Suit aginst them for their retaliation aginst me for filing a greivance aginst them; which was reviewed by (SGT) "Seltzer", on around 2-4-08 (just (2) days prior). Both Staff responded, "So what", & proceeded to escort other prisoner out the section; to recreation...

(See Attached witness Declaration by "J. Thompson (V-33314)")... Approx (30) minutes Later C/o(s) "Cobian" & "Delgado", returned to my cell door with a cell search form & I asked him to slide It through the side crack of the door (like they Issue mail); he stated No, then opened my food port handing me the form. Cobian then Looked all around him to ensure No one was watching; & then reached his arm Into my food port & waves It back & forth; & "Cobian" then yells: "You Son of a bitch; why you grab me !!!" Cobian then reaches back out, & with his right hand pulls out his cannister of O.C. Pepper Spray, & sprays all of the contents on me. C/o "Delgado", then emptied the contents of his Pepper Spray on the body of (JAMES) as well; the spraying Incident Lasted so long that It seemed like even a 3rd officer sprayed me... I was ordered to Lay face down on the cell floor, In the O.C. Pepper Spray, then to bag to the food port & submit to restraints; & I complied: (The period of me being sprayed; & actually being moved out of the contaminated cell; was atleast (7) minutes)... I was placed In cuffs & removed from the cell, at which time C/o "P. Tomasian"; & "Delgado"; slammed me onto the cement face first; & then brought their knees down on my back & neck; at which time C/o "Turk", also began repeatedly Kneeing me In my mid-torso; I was eventually snatched up by (Tomasian, Delgado, Turk), In some type of manner which Lifted my arms up behind my back so high, i could feel what seemed like, the Ligements tearing... I was violently escorted down the stairs & out of the section & Into the rutunda holding cage; where I repeatedly screamed that this was Excessive

force; & Retaliation, & begged staff for decontamination... I was never decontaminated being I continued screaming that I had been assaulted by staff; & asking for medical treatment the gaurds then took me outside of the building; & began banging my head against building exterior cement wall; breaking the scalp in (2) spots; the officer's banging my head were C/O(s) "Tomasian"; "Turk"; ... I was then placed back into the rutund holding cage; & an hour later I was taken to the building Recreation Yard by I.S.U. officers: ① Mendoza; ② Lukas; ③ Unknown; & an African American, C/O "Ross, or, Boss", (she assisted I.S.U.) as they took approx (10) photographs of me ... I was placed back into the cage & an unknow Latino Sergeant approached me; stated "Fuck You", to me (3) times; & then looked around to ~~make sure No one could~~ hear him; & he began threatenin my life; the (SGT) even repeatedly vowed to get me in the future; & stated that I am lucky he wasn't ~~there~~ there during the incident... // The very next day at approx (0900 hrs.) I was taken to Central Treatment Center (CTC), for chest, back, neck, & head pains, while lying on the E.R. bed, that same Threatening Sergeant from the day prior, came & stood in the E.R. door-way & stared at me for almost (20) minutes; the (SGT) then engage in a long conversation with the officer whom escorted me to (CTC); the escorting officer was D-1 floor C/O "Vasquez"; (Vasquez) can identify Unknown (SGT). All of the following staff were present in D-8 facility, & personally witnessed me allege Excessi Force; Reprisal & False charge's by staff; & over (30) request for decontamination; though <u>all</u> were deliberately indifferent: ① M. Tellez - (SGT); ② Sullivan, (SGT); ③ (CC1): "Bergen"; (CC1) "B. Martinez ④ (LW, or, CDW): "Name Unknown"; ⑤ The entire Mental Health (IDTT) committee; ⑥ I.S.U.; [3rd Watch: ⑦ C/O G. Ramos; ⑧ C/O M. Williamson; ⑨ J. Gonzalez; ⑩ "Richardson", (SGT); I also witnessed C/O Turk, take the (3) empty cannisters of O.C. used on me, & place them in a bag (plastic), then take them out of the building; I then witnessed C/O Turk, request (3) cans of O.C. out of the tower, & then place those (3) cans in a different plastic bag; & & place those new cannister into evidence with the incident 837 crime Package; to be passed of as if they were the actual cannisters used on me in this matter; this was done directly in the presence of the supervizing official (SGT) "M. Tellez".

// <u>Be Advised</u>  :   " I am in a serious fear for my life... I have filed over (50) staff complaints against (S.V.S.P.) officials... Filed approx (20) written complaint with (SVSP) Warden "M. Evans"... Filed (3) complaint with (CDCR) Secretary; in which an investigatio was conducted, (Receipt No.# 441).. I even filed Two (2) civil lawsuits against (SVSP) officials, seeking relief from crimes against me ... Though on each & every occassion, officials have persisted to retaliate, with complete disregard for any possible consequence.

(3 of 3)          ("Exhibit: 10")

John F. James, III (K-3474)
(S.V.S.P.)
D-1-128
P.O. Box 1050
Soledad, CA. 93960

(1 of 8)

To: Court... (History Surrounding Complaint):

Exhibit: 11" — ("") → (1-8)

Attached is a Corrospondence addressed to Governor "A. Schwarzennegger", reporting a Salinas Valley State Prison (S.V.S.P.) "Green Wall", Retaliation aginst a prisoner for filing Law Suits, & (602) Staff Complaints; "Green Wall" (G/W) attempts to Murder that prisoner; & then their attempts to Procure False Charge's aginst that prisoner, for his reporting gaurds attempts to Murder him...

<u>Please view/except this Corrospondence as an Informal Complaint to your office/ & or agency, as well, & respond to the "Action Requested", & take any additional corrective action required, or appropriate.</u>

As a result of being Constantly, & "Relentlessly" beaten by "Green Wall" (organized crime (CDCR) officials), petitioner has already filed three (3) §1983 Civil Complaints; & approx (9) Preliminary Injunction Motion(s), seeking relief from repeated Excessive Force, & a Campaign to Harrass:

(SHU)
orcoran:  #1). U.S. Dis Court E. Dis of Cali (case # CV-04-5878-LJO-DLB-P).
orcoran:  #2). U.S. Dis Court E. Dis of Cali (case # 07-CV-00880-LJO-WMW).
.V.S.P.:  #3). U.S. Dis Court N. Dis of Cali (case # CV-07-6193-JSW-(PR)).
///

    Plaintiff has filed aporox (250) Two Hundred Fifty (CDCR) (602) "Staff Complaints", since 2003; & have persistantly requested to be Issued a Polygraph Examination, In regards to 'all of the allegations I've raised aginst officials...

(2 of 8)

In 2003-04 the then Inspector General "Steve White", & deputy (I.G.) "John Chen"; were caught; & <u>fired</u>, for Conspiring with (CDCR) officials to Cover Up (S/W) staff Misconduct. Said (I.G.) officials were the Investigating staff, whom Covered Up the Excessive Force In said suit # 04-5878-LSO-DCP Infact plaintiffs filing of a B.O.C. claim In 2003, led to the evidence of them being fired; though no action has been taken aginst the Involved "corrupt guilty" officials at Corcoran... ///

Plaintiff has filed approx (35) Complaints with the (CDCR) Director(s) & Secretaries, since 2003... Approx (15) In 2007 alone... ///.

Plaintiff has filed over (100) Complaints with Wardens "<u>A.K. Scribner</u>", (Corcoran); "<u>L.E. Scribner</u>", (Calipatria); "<u>M.S. Evans</u>", (Salinas Valley); ///

In July 2007, gaurds were (caught) attempting to Procure a False Criminal Charge aginst petition petitioner filed a Criminal Complaint aginst the gaurds with the Monterey County District Attorney: "<u>D. Flippo</u>"; though the D.A. never even reponded. (See Attached (CDC 119) Mail Card/ 7-26-07 Exzibit: ___ ). ///

On 9-1-07 I was assulted by gaurds; I reported It & was Issued (3) False (RVR 115) charge's. On 12-6-07 I filed said suit (# 07-6193-JSW), & ↑(was) retaliated aginst with Death Threats - Fecies In Food = & false (RVR). On 1-24-08 I assulted by a defendant In suit (# 07-6193-JSW), I reported It to warden (M.S. Evans) & filed greivance; no action was taken & the (602) appeal was not processed... On 2-6-08 (s.v.s.p.) officials <u>attempted to Murder</u> plaintiff; & when I reported It, I was Issued a False Criminal charge of (Battery on a P.O.); the charge was referred to the Monterey County D.A. "D. Flippo", to procure a false charge aginst me (c.D.C.R.) "Green Wall" affiliates are using ~~xxxxx~~ the

(See Attached Statement of Facts 2-6-08 Excessive Force/Ex.) ←

(3.1.6)

Criminal Justice System; as their own personal weapon; to attack prisoners who 𝔚𝔚 exercize their 1st Amendment Right of the U.S. Constitution to File greivance... This Intimidation tactic Is having much more then simply a "Chilling Effect" on plaintiffs 1st Amend Right; It Is also illegally = Unconstitutional - Un'ethically - Criminally - Maliciously & Sadistically - denying plaintiff his <u>Future</u> <u>Freedom</u>; & Liberty Interest. Foce plaintiff has been Incarcerated approx (11) years, on a (13) year prison term; & Is scheduled to go home/be released In a matter of months. Though I now find myself fighting for my life, against false retaliatory charge's, that were Issued supervized - Managed - Reviewed - & Approved, by all "<u>defendants</u>" of said 12-6-07 civil suit (# 07-6193-JSW). The Due Process of the False charge was atrociously violated. Plaintiffs allegations of "Excessive Force" were not Investigated per Policy & Procedure. Plaintiff was In his cell alone (Not harming himself or anyone), when three (3) gaurds opened his food port, & took turns emptying their entire Cannisters of MK-9X-Fogger O.C. Pepper Spray onto plaintiff. The gaurds then cuffed plaintiff, took me out of the cell & beat me. I reported H, & was Issued a false (Battery on a P.O.), with a gaurd alleging plaintiff reached thru the food port, & grabbed his arm. The gaurds had <u>NO</u> Injuries... Plaintiff suffered Multiple Head & Body Injuries... (See Ex: ___)

On 2-6-08 multiple Inmates witnessed the Incident; their names, & cell No.# Is: (Brown, cell # 224); (𝔅𝔯𝔬𝔴𝔫 cell #124); (S.V.S.P.) D-Yard, 8-building, # E-47841   (Simms D-86971)

<u>Be Advized:</u> The evidence does <u>not</u> support the gaurds account of events. (For Example) The gaurds report that plaintiff grabbed his arm, & gaurds had to spray me In the face-chest & upper torso, to get free of my grasp. (through the food port, which Is approx (3) feet from the ground).

This Is clearly false; fore the photo evidence shows:
(Photographs of plaintiff taken approx (20) ~~min~~ minutes after
the Incident, where plaintiff Is still wearing the clothing I was
sprayed In — (via.) white T-Shrit & White Thermal bottoms
which reveals that there Is no "burst of spray", anywhere on the
front of plaintiffs torso)... It would be Imposible for a
                                    burst of (Dark Orange) O.C. Pepper Spray,
from an MK-9X-Fogger, deployed within (12) Inches, of a white
surface; to not leave a clear dominant stain of Impact...
[Though] if you see the photo evidence of the rear view of plaintiff
every O.C. Pepper Spray Impact stain, "Is" dark orange, & deeply
Imprinted. (Thing Is) Staff give no accounts In their reports,
of spraying plaintiff In the back — & Infact deny spraying plaintiff
In his back, at'all, durring the (RVR) hearing.
Please Assist... (See the Attached Action Requested
& respond accordingly to Its contents...)

On around **3-19-08** (S.V.S.P.) officials heard said 2-6-08 Retaliatory
False Charge of (Battery on a P.O.); & found plaintiff guilty.
On **5-8-08** I was presented In (ICC), & Issued a one (1) year
(SHU) term, for said 2-6-08 False Charge...
Since reporting the 2-6-08 Incident "Green Wall" affiliates have simply
Increased In their harrassment of plaintiff; (Set-ups) to be assulted;
Death Threats; Food Poisoning; Mail Theft; Appeal Theft; &
(1-10)... Plaintiff has filed two (2) Preliminary Injunction Relief
Motions with the U.S. Dis Court N. Dis (case # 07-6193-JSW); & Plaintiffs
Family have filed two (2) Citizens Complaints with the California
State Personel Board; & all seeking relief for plaintiff of (CDCR)
"Green Wall" Campaign to Harrass; though prison officials are
Deliberately Indifferent to all governing authorities...

John E. James III (P-43474)
Salinas Valley State Prison
D-1-128
P.o. Box 1050
Soledad, CA 93760

(See Back Side)

(Turn Over)

( Official Informal Notice )

AttN: (Govenor) "A. Schwarzenegger "

"Green Wall" (Prison Officials Organized Crime Affiliation) Conspiracy; Retaliation; Attempted Murder; Corporal Punishment; Excessive Force; Deliberate Indifference; Terrorism; Torcher; Tormenting; Attempts to Procure False Charge's; Death Threats; Organized Cover Up of prison officials Felonious Criminal Acts; Etc. etc...

I have written "you" personally approx (7) times since 2004 reporting (CDCR) "Green Wall" criminal misconduct against me; on each occassion you've exercised Deliberate Indifference/ $ or referred the matters to the California Inspector Generals Office; whom In'turn has exercised Deliberate Indifference; "$" even conspired with (CDCR) officials to Cover Up prison officials criminal activity ... The office of the Inspector General (I.G.), are "Green Wall" (G/W) sympathizers, $ has repeatedly, $ consistantly (for years) failed to Institute any criminal consequence, nor Issue any serious (Adverse Personel Action) against (CDCR) criminal officials ...

                    Well Be Advized        : "If "you", $ multiple other California State Officials are going to allow (Known racist) Organize crime State Employees, to Procure False criminal charge's against Innocent prisoners, ($ carryout Conspiracies to Commit Murder) to make pending civil Law Suits go away; ~~from me com group, to crime crim third the United Brommm aboard Brommm.~~ You are turning a blind-eye to racial hate crimes; carried out by Known "Green Wall" (Organized crime) affiliates. "

Petitioner has been targeted for a Campaign to Harrass by "Green Wall", since I reported prison officials Criminal Activity In Corcoran (SHU) In 2003; which resulted In me being nearly beaten to death by guards; which the (I.G.) "Steve White", & deputy "John Chen", refused to Investigate... // The reprisal by (G/W) has has proven to be relentless with an open disregard for any consequence. Petitioner has filed approx (300) three hundred (CDCR) (602) greivance's; (80) Letters Corrospondence Complaints to (CSPC) - (Cml) & (S.V.S.P.) warden(s); (50) Corrospondence Complaints to the (CDCR) Director(s) & Secretaries; & filed (4) four 42 U.S.C. §1963 Civil complaints (each with Retali- -ation & Excessive Force & (1-10) claims aginst (G/W) members; " & they still torment me relentlessly!" ... I've been beaten (3) three times by (s.v.s.p.) (G/W) members; within the last (5) five months! Assulted on 9-1-07; 1-24-08; & 2-6-08, & on every occassion I've filed (602) Staff complaints, & notified (S.v.s.p.) Warden "Mike S. Evans" (via, U.S. Postal Confidential/Legal Mail); & (G continues to harrass me. (See Attached (CDC 119) mail card).

Infact, warden (Evans) & subordinate officials even Conspired to cover the 1-24-08 assult upon me by (G/W); fore they took no action, refused to process the (602) greivance reporting the 1-24-08 assult upon & (warden) "Evans" even had a copy of said (602) greivance, with a Cove Sheet Letter attached requesting the warden ensure that Bo an investigation is undergone; & that said (602) Is processed... // On 12-6-07 I filed a §1963 In the U.S. Dis Court N. Dis of Cali (case# cv-07-6193 - JSW - (PR)), aginst approx (25) (svsP) (G/W) members; & an onslaught of reprisal ensued, (Including 1-24-08 beating); I filed over (10) (602) staff complaints & notice's to warden (Evans). On 2-6-08 I was nearly Killed by (G/W) spraying me with (3) three entire (MK-9 5.0 Sa線) Cannisters of O.C. Pepper Spray; (while I was confined In my cell, "alone".). I was Later removed from the cell (after being placed in cuffs) & beaten by multiple (G/W) member (Male & Female); resulting In me receiving multiple Head, & body Injuries. (See Attached Statement of Facts)(EX:

All of the "Green Wall" (G/W) members Involved In the 2-6-08 assult upon me, Including the Supervizing - Managing Reviewing - & Adminstrative Officials; are "all" defendants In said 12-6-07 Law suit (#cv-07-6193-JSW-(PR)) ... (& (602) Staff complaints) And, said officials are even Procuring a False Charge against me; by falsely charging me with (Battery on a Peace Officer). Stating that I reached through the (Food Port/ Tray Slot) & grabbed the (hand or arm) of a (G/W) prison gaurd. (The alleged gaurd had NO Injuries) ... (S.V.S.P.) (G/W) members then referred the False Charge to the Monterey County District Attorney "D. Flippo", requesting the prosecution of petitioner, for said False charge ... ① (S.V.S.P.) officials then refused/failed to Identify, & record statements of all the Inmate (I/M) witness- -es who were present & observed the Incident through the side of their cell doors. ② Then refused/failed to provide petitioner with a copy of the 837 crime/Incident report (Log.# FD8-08-02-0087) In Its "Totality"; withholding all (Evidence Photographs); & the (District Attorney Referral & Response/Decline to Prosecute) ... (S.V.S.P.) (G/W) members also Issued petitioner a False (RVR 115) charge (Log.# FD-08-02-0041); which will be an (18) Eighteen month, (SHU) term when said officials find petitioner guilty ...

Conspiracy: → The 2-6-08 Incident was a clear "Conspiracy to Assult; & Procure False charge's" aginst petioner; fore around Mid December 2007 petitioner was endorsed for transfer to (SAT-F), & out of (S.V.S.P.). Being a prisoner shall not be transfered If he/she has an (RVR 115) pending; On 1-25-08 (G/W) members Issued me a a False (RVR 115) for (refusing a cellie); said (RVR) was clearly False for on the date that the (RVR 115) was manufactured & Issued, petitioner (did) have a cellie; his cellie was (I/M) "Jason Thompson" (V-33314); petitioner & "Thompson", have been cellies since around 1-15-08; & as of 2-24-08 we are still cellies.

(See Back 1 Side)

(Turn 1 Over)

Continuing
Conspiracy:  Said False (refusing cellie) (RVR) was designed to Keep petitioner
In (s.v.s.p.), to allow (G/W) members the opportunity to get the
appropriate staff working, whom would conspire & cover up said
2-6-08 Assult upon petitioner.

(P.v. CCR Title 15.
§ 3379 (c)(7)

Action Requested     :

#1). To be "Immediately" removed out
of (CDCR) custody; & placed Into Federal Custody, to
complete the (34) month term, remaining on my (13) year senter

#2). For a non-(CDCR); non-(I.G.), Investigation Into this matter; &
for the criminal Prosecution of all (s.v.s.p.) "Green Wall" members/& or
sympathizers, Involved In this matter, guilty of misconduct.

#3). Ensure that said False Charge's filed by (G/W) members
against petitioner; are dismissed.

#4). To be given a Polygraph Examination, concerning all
of my allegations of Staff Criminal Misconduct ...
( Cal P.C. § 3304; CCR Title 15. § 3293;

#5). For the California Attorney General
to personally Investigate this matter, & the multiple acts
of harrassment by (s.v.s.p.) staff, against plaintiff, from
1-1-07, up to date...

#6). For a Federal Bureau of Investigation (F.B.I), Investi-
-gation into this matter; & for Criminal consequence to be
taken against all officials found to be guilty.

#7). Contact Monterey County D.A.: "D. Flippo", & request that he
Investigation, & prosecute the Involved staff In this matter.

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 7/20/07 | P13474 | JAMES | DEP YOUNG SF CA 94102 |
| 7/24/07 | P13474 | JAMES | U.S.D.C.EAST. DIST. OF CA., FRESNO, CA. 93721 |
| 7/26/07 | P13474 | JAMES | D.FLIPPO-D.A., SALINAS, CA. 93901 |
| 7/26/07 | P13474 | JAMES | SUPER. CRT., SALINAS, CA. 93901 |
| 8/13/07 | P13474 | JAMES | JUD. COUNCIL OF CA., SAN FRAN., CA. 94107 |
| 8/13/07 | P13474 | JAMES | F.B.I., SAC., CA.95813 |
| 8/13/07 | P13474 | JAMES | REMBERT&JAMES-ATTY. AT LAW, SAC., CA. 95828 |
| 8/23/07 | P13474 | JAMES | SUPER. CRT., MONTEREY, CA. 93940 |
| 8/23/07 | P13474 | JAMES | M.S.EVANS/WARDEN M, SOLEDAD, CA. 93960 |
| 8/23/07 | P13474 | JAMES | U.SD.C.EAST. DIST. OF CA., FRESNO, CA. 93721 |
| 8/23/07 | P13474 | JAMES | J.STEELE-D.A.G., SAC., CA. 94244 |
| 8/31/07 | P13474 | JAMES | 6TH APPELLATE DIST. CRT., SAN JOSE, CA. 95113 |
| 9/10/07. | P13474 | JAMES | ATTY AT LAW C.J.JORDAN SAN FRANCISCO,CA 94109 |
| 9/11/07 | P13474 | JAMES | N.GRANNIS-CHIEF OF I/M APPEALS, SAC., CA. 94283 |
| 9/17/07 | P13474 | JAMES | M.S.EVANS/WARDEN, SOLEDAD, CA. 93960 |
| 9/27/07 | P13474 | JAMES | MONTEREY CO. SUPER. CRT., SALINAS, CA. 93901 |
| 10/2/07 | P13474 | JAMES | M. S. EVANS WARDEN (SVSP) SOLEDAD, CA 93960 |
| 10/5/07 | P13474 | JAMES | ATTN:N.GRANNIS-CHIEF OF I/M APPEALS, SAC., CA. 94283 |
| 10/10/07 | P13474 | JAMES | ATTN:R.GROUNDS, SOLEDAD, CA. 93960 |
| 10/10/07 | P13474 | JAMES | U.S.DIST. CRT. NORTH. DIST. OF CA., SAN FRAN., CA. 94102 |
| 10/11/07 | P13474 | JAMES | C.J.JORDAN-ATTY. AT LAW, SAN FRAN., CA. 94109 |
| 10/11/07 | P13474 | JAMES | M.S.EVANS/WARDEN, SOLEDAD, CA. 93960 |
| 10/19/07 | P13474 | JAMES | M.S.EVANS/WARDEN, SOLEDAD, CA. 93960 |
| 10/26/07 | P13474 | JAMES | M.S.EVANS/WARDEN, SOLEDAD, CA. 93960 |

Exhibit: 12 " ↓ (4-1-8)

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 10/26/07 | P13474 | JAMES | SUPER. CRT. OF MONTEREY CO., SALINAS, CA. 93901 |
| 10/26/07 | P13474 | JAMES | ATTN:N.GRANNIS-CHIEF, I/M APPEALS, SAC., CA. 94283 |
| 10/29/07 | P13474 | JAMES | ATTN:CDCR:SECR.-J.TILTON, SAC., CA. 95814 |
| 10/29/07 | P13474 | JAMES | M.S.EVANS/WARDEN, SOLEDAD, CA. 93960 |
| 11/6/07 | P13474 | JAMES | ATTN:CDCR/SECR., CHIEF, OF APPEALS, SAC., CA. 94283 |
| 11/6/07 | P13474 | JAMES | CDCR/SECR., SAC., CA. 95814 |
| 11/7/07 | P13474 | JAMES | 6TH APPELLATE DIST. CRT. OF APPEALS, SAN JOSE, CA. 95113 |
| 11/8/07 | P13474 | JAMES | ATTN:M.S.EVANS/WARDEN, SOLEDAD, CA. 93960 |
| 11/13/07 | P13474 | JAMES | ATTN:M.S.EVANS, SOLEDAD, CA.93960 |
| 12/4/07 | P13474 | JAMES | U.S.D.C.NORTH. DIST. OF CA, SAN FRAN., CA. 94102 |
| 12/6/07 | P13474 | JAMES | M.S.EVANS/WARDEN, SOLEDAD, CA. 93960 |
| 12/6/07 | P13474 | JAMES | CA. VICTIMS COMP.&GOV'T CLAIM BOARD, SAC., CA. 95812 |
| 12/14/07 | P13474 | JAMES | N,GRANNIS-CHIEF, I/M APPEALS, SAC., CA. 94283 |
| 12/14/07 | P13474 | JAMES | U.S.D.C., SAN FRAN., CA. 94102 |
| 12/17/07 | P13474 | JAMES | PRISON LAW OFF., ATTN:A.HARDY, SAN QUENTIN, CA. 94964 |
| 12/17/07 | P13474 | JAMES | M.S. EVANS SOLEDAD CA 93960 |
| 12/20/07 | P13474 | JAMES | M.S.EVANS/WARDEN, SOLEDAD, CA. 93960 |
| 1/10/08 | P13474 | JAMES | N GRAMIS SAC CA 94283 |
| 1/18/08 | P13474 | JAMES | M EVANS SOLEDAD CA 93960 |
| 1/18/08 | P13474 | JAMES | SPR CRT CLK OC CRT SALINAS CA 93901 |
| 1/22/08 | P13474 | JAMES | SVSP WARDEN EVANS |
| 1/28/08 | P13474 | JAMES | ATTN:M.S.EVANS/WARDEN, SOLEDAD, CA. 93960 |
| 1/28/08 | P13474 | JAMES | ATTN:N.GRANNIS, CHIEF OF I/M APPEALS, SAC., CA. 94283 |
| 1/28/08 | P13474 | JAMES | ATTN:N.GRANNIS, CHIEF, I/M APPEALS, SAC., CA. 94283 |

"EX: 12" (4-8)

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 1/29/08 | P13474 | JAMES | M.S.EVANS/WARDEN, SOLEDAD, CA. 93960 |
| 2/1/08 | P13474 | JAMES. | ATTN:(CDCR) SECR., SAC., CA. 95814 |
| 2/4/08 | P13474 | JAMES | U.S.D.C.NORTH. DIST. OF CA., SAN FRAN., CA. 94102 |
| 2/4/08 | P13474 | JAMES | M.S.EVANS/WARDEN, SOLEDAD, CA. 93960 |
| 2/6/08 | P13474 | JAMES | ATTN:(CDCR)SECR., SAC., CA. 95814 |
| 2/13/08 | P13474 | JAMES | CALVIN,LISA&REMBERT-ATTY AT LAW, ESQ., SAC., CA. 95827 |
| 2/14/08 | P13474 | JAMES | ATTN:M.S.EVANS/WARDEN, SOLEDAD, CA. 93960 |
| 2/19/08 | P13474 | JAMES | CA. DEPT. OF CORR.&REHAB., ATTN:(CDCR) SECR., SAC.,CA. 95814 |
| 2/19/08 | P13474 | ESPINOZA | M.L.CATE-INSPECTOR GEN., SAC.,CA. 95834 |
| 2/20/08 | P13474 | JAMES | PRISON LAW OFF., A.HARDY, SAN QUENTIN, CA. 94964 |
| 2/22/08 | P13474 | JAMES | US DIST COURT CLERK; SAN FRAN, CA 94102 |
| 2/22/08 | P13474 | JAMES | US DIST COURT CLERK; SAN FRAN, CA 94102 |
| 2/22/08 | P13474 | JAMES | US DIST COURT CLERK; FRESNO, CA 93721 |
| 2/25/08 | P13474 | JAMES | N.GRANNIS-CHIEF, OF I/M APPEALS, SAC., CA. 94283 |
| 2/25/08 | P13474 | JAMES | ATTN:M.S.EVANS/WARDEN, SOLEDAD, CA. 93960 |
| 2/25/08 | P13474 | JAMES | CHIEF JUDGE-V.R.WALKER, U.S.D.C.NORTH. DIST. OF CA., SAN FRAN., CA. 94102 |
| 2/26/08 | P13474 | JAMES | ATTN:M.D.GREENBERG, ATTY. AT LAW, OAKLAND, CA. 94610 |
| 2/26/08 | P13474 | JAMES | ATTN:JUDGE-L.LINDENBAUM, SUPER. CRT., MARTINEZ, CA. 94553 |
| 2/28/08 | P13474 | JAMES | ATTN:F.B.I., W.N.MULLINS, SAC., CA. 95813 |
| 2/28/08 | P13474 | JAMES | ATTN:(CDCR) SECR., SAC., CA. 95814 |
| 3/3/08 | P13474 | JAMES | ATTN:(CDCR) SECR., SAC., CA. 95814 |
| 3/7/08 | P13474 | JAMES | ATTN:PERFORMANCE REVIEW BOARD, SAC., CA. 94283 |
| 3/7/08 | P13474 | JAMES | CA. ATTY. GEN., ATTN:J.BROWN-INVEST. DIV., SAN FRAN., CA. 94102 |
| 3/7/08 | P13474 | JAMES | ATTN:(COUNSEL), C.CARBON-ATTY. AT LAW, SAN FRAN., CA. 94103 |

EX: P (4-2)

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 3/7/08 | P13474 | JAMES | ATTN:C/O K.KINPORTS-ATTY. AT LAW, CHAMPAIGN, IL 61820 |
| 3/10/08 | P13474 | JAMES | SUPERIOR COURT CLERK; SALINAS, CA 93901 |
| 3/10/08 | P13474 | JAMES | US DIST COURT CLERK; SAN FRAN, CA 94102 |
| 3/10/08 | P13474 | JAMES | W. WINSTON, AAL; SACTO, CA 95828 |
| 3/10/08 | P13474 | JAMES | US COURT OF APPEALS CLERK; SAN FRAN, CA 94119 |
| 3/11/08 | P13474 | JAMES | ACLU; SAN FRAN, CA 94103 |
| 3/12/08 | P13474 | JAMES | A SHWARZENNEGGER SAC CA 95814 |
| 3/12/08 | P13474 | JAMES | JACKIE SPEARS SAC CA 95814 |
| 3/14/08 | P13474 | JAMES | CHIEF, INMATE APPEALS; SACTO, CA 94283 |
| 3/18/08 | P13474 | JAMES | PRISON LAW OFFICE HARDY ATT. AT LAW SAN QUINTIN, CA 94964-0001 |
| 3/18/08 | P13474 | JAMES | RAMBERT DELORIS ATTY SAC CA 95827 |
| 3/25/08 | P13474 | JAMES | PRISONER RIGHTS SAC CA 95812 |
| 3/27/08 | P13474 | JAMES | OFFICE OF THE INTERNAL AFFAIRS MANTEL P.O. BOX 3009 SAC, CA. 95812 |
| 3/27/08 | P13474 | JAMES | U.S. DEPT. OF JUSTICE P.O. BOX 66400 WASHINGTO, DC. 20035-6400 |
| 3/27/08 | P13474 | JAMES | JACKSON DELORIS 3501 BRADSHAW RD. 50 SAC. CA. 95827 |
| 3/27/08 | P13474 | JAMES | SUPERIOR COURT OF CAL. MONTEREY COUNTY 240 CHURCH ST. STE. 318 SALINAS CA. 93901 |
| 3/27/08 | P13474 | JAMES | STEELE 1300 I ST. 125 P.O. BOX 94425 SAC. CA. 94244 |
| 3/27/08 | P13474 | JAMES | JORDAN ATT. AT LAW. 2055 SAC, 902 SAN FRAN. CA. 94109 |
| 3/27/08 | P13474 | JAMES | US. DIST. COURT E. DIS. OF CA. 2500 TULARE ST. FRESNO CA. 93721 |
| 3/28/08 | P13474 | JAMES | S.SF CHRONICLE SF CA 94103 |
| 4/1/08 | P13474 | JAMES | CHICO CA 95929 |
| 4/1/08 | P13474 | JAMES | LA CA 90008 |
| 4/1/08 | P13474 | JAMES | BAY VIEW SF CA 94124 |
| 4/1/08 | P13474 | JAMES | AW PONDER |

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 4/1/08 | P13474 | JAMES | INMATE APPEALS SAC CA 94283 |
| 4/3/08 | P13474 | JAMES | CHIEF OF APPEALS P.O. BOX 942883 SAC. CA. 94283-0001 |
| 4/3/08 | P13474 | JAMES | OFFICE OF INTERNAL AFFAIRS COLE 10111 OLD PLACERVILLE ROAD SAC. CA. 95287 |
| 4/3/08 | P13474 | JAMES | CDCR KERNAN 1515 S. ST. 503 SOUTH SAC. CA. 95814 |
| 4/4/08 | P13474 | JAMES | PRISON LAW OFFICE; SAN QUENTIN, CA 94964 |
| 4/7/08 | P13474 | JAMES | CHIEF, INMATE APPEALS; SACTO, CA 94283 |
| 4/10/08 | P13474 | JAMES | SILJA J.A. TALVI ATT. AT LAW. 2424 E. MADISON ST. SEATLE WA. 98112 |
| 4/14/08 | P13474 | JAMES | KIMBERLIE WILLIAMS CRENSHAW, AAL; LA, CA 90024 |
| 4/14/08 | P13474 | JAMES | CLARENCE B. JONES, AAL; STANFORD, CA 94305 |

EX: 12"

(4-5)

Emergency Appeal pur CCR § 3084.7(∧)(1)...

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location   Institution/Parole Region         Log No.                    Category

1. _____     1. _____
2. _____     2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME John James | NUMBER P-13474 | ASSIGNMENT | UNIT/ROOM NUM D-1-125 |
|---|---|---|---|

A. Describe Problem: Due Process Violation(s) In attempts to compromise investigation; & procee re a false charge... On 2-22-08 I received a portion of (837) Crime/Incident report (og No. (#SVSP-FD8-08-02-0089); though the packet was incomplete & missing multiple documents; making me unable to defend myself against the false charge.// Officials violated the policies & procedures ( concerning the Responsibility & Reporting (viny Identify & take statements from all staff & Inmate witnesses, collect evidence; etc.) // Officials failed to provide me with a copy of the D.A. referral & response; pur CCR §3316(∧)(2)(3). The D.A. office notified (SVSP) that they would not prosecute, within ten days as required; officials did not provide me with notice because they intend to refer it back, to procure retaliatory false charge...

If you need more space, attach one additional sheet.

B. Action Requested: ① Process this as emergency appeal so I can have a fair hearing, due to all the due process requirements being up-held prior to the hearing... (pur CCR §3084.7)... ② For adequate Library/court access... ③ For requested policy & procedure; (D.O.M. & D.P.)

Inmate/Parolee Signature: _John James_          Date Submitted: [illegible]
                                                          2-24-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed     CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

( Ex: 14 )  ( 1 of 2 )

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12-87)

| Location: Institution/Parole Region | Log No | Category |
|---|---|---|
| 1. _____ | 1. _____ | |
| 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME John James | NUMBER P-13474 | ASSIGNMENT | UNIT/ROOM N D-1-128 |
|---|---|---|---|

A. Describe Problem: "Green Wall" Conspiracy to cover up my staged staff miscond. Unjust Assignment of Staff Complaint, for review by (S.V.S.P.) official who participated In the event being appealed... Review of a grievan Staff Complaint by an official who participated In the event being appeale Deliberate Indifference to violations of CCR § 3084.5 (e).. Denying me the ability to provide document evidence In (602) hearing Log # 08-01929; In violation of CCR § 3084.5 (h)(2)(A)... Denial of access to Case Records, In violation of CCR § 3370 (c)...

If you need more space, attach one additional sheet.  ━ (See Attached Sheet) ━

B. Action Requested: ① To be notified (In writing) of which official assigned Staff Complaint Log (# D-08-01784) to (LT): "R. Fritz", for his review of the matter... ② For this to be processed as Staff Complaint against (LT): "R. Fritz"; & the official whom assigned (R. Fritz) said Staff Comp (# D-08-01784)..③ For (SGT) "M. Valenzuela"; & the Legal Mail Clerk (For D-1) to be charged.

Inmate/Parolee Signature: _John James_    Date Submitted: 5-14-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

Conspiracy to Compromize an Investigation. Due Process Violations... In Viola-
-tion of the 5th, 8th, & 14th Amendment of the U.S. Constitution...


On 4-10-08 (JAMES/P-13474) filed a (602) Staff Complaint (Log: # D-08-01784) alleging

retalitorial False charge, & Intentional Due Process Violation to compromize the Investigati

concerning (RVR) #FD-08-02-0041. In said (RVR) a (S.V.S.P.)(LT): "R. Fritz",

was the Incident Commander; & (LT): "G. Salazar", was the (SHO) whom Found (JAME

guilty of the False charge.

On 5-1-08 said Staff Complait (#D-08-01784) was heard by (LT): "R. Fritz",

(the same Lieutenant In'which the (RVR) & (Staff Complaint) concerned). Durring the hearing

I Informed (LT) "R. Fritz" that the matter was one of which he participated In, & the

actual (602) It'self actually named (LT) "R. Fritz", as a co'conspire to the Misconduct

& therefore he could not review the appeal, pur CCR § 3084.5(e).

(LT): "R. Fritz", was deliberately Indifferent to the Due Process Violation; & replied:

"Well, they assigned It to me; so Im hearing It."

This situation Is a clear example of the (S.V.S.P.) unchecked "Green Wall" Conspiracy to

cover Up Staff Misconduct, For the following:

**#1).** Two (2) officials whom are named as co'conspirators In an act of Misconduct, are prohibitted
from reviewing the grievance's aginst eachother, for that same act.

**#2).** Said Staff Complaint (#D-08-01784) was Filed aginst all of the following staff:
4 G. Cobian, 4o O. Delgado, 4o Turk - Calamaco, & (LT) "R. Fritz", & (LT) "G. Salazar", & (1-"

But, prison officials only held (LT) "G. Salazar", accountable ...

/// (S.V.S.P.) officials are creating a (Pandora's Box), of Conspiratorial Misconduct.
Said Staff Complaint (#D-08-01784) was not suppose to be assigned for review by an
official who participated In the event being appealed.

(Turn ↓ Over)

On 5-6-08 (SGT) M. Valenzuela, heard (602) Staff Complaint Log # 08-01929; & durring the hearing "Valenzuela", refused to allow me to provide document evidence, (via; witness Affadavits testifying to the Issues of the appeal/grievance)...

///

On the following date(s) I filed Inmate request W/ Trust withdraws attached; to the (s.v.s.P.) Legal Mail Clerk; requesting a copy of my (CDC 119) Mail Card In Its totality; 5-6-08; 5-5-08; 5-11-08; 5-12-08... The Legal Mail Clerk Is refusing to provide me with copies of my mail card, upon my request...

///

It Is no coencidence that plaintiff filed a (602) grievance reporting staff stealing my mail; (#08-01929); & now the Legal Mail clerk Is suddenly refusing to provide me with copies of my (CDC 119) Mail Cards; upon my request...

(s.v.s.P.) officials are conspiring together to cover Up staff Misconduct...

I, CLYDE SLAUGHTER, declare that the following Is true & Correct
Under the Penalty of Perjury, pur 28 U.S.C. § 1746:

On the following date(s) I witnessed my neighbor (I/M) "JAMES" (P-13474),
send out the following Legal/Confidential U.S. Postal Mail, which was
collected by the following (S.V.S.P.) staff:

On  5-6-08  Letter to: "L.K.J. Rembert", (Attorney At Law);
            (Collected by ℅ "D. Aldana")

On  5-11-08  Letter to: "Tavis Smiley", (via, (PBS)); (Attorney At Law);
             (Collected by ℅ "C. Saeteurn")

= Exhibit: "15"

(CDCR) No. # V-68105

(signature)
s/ Clyde Slaughter

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | |
| 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME John James | NUMBER P-13474 | ASSIGNMENT | UNIT/ROOM NUMBER D-1-128 |
|---|---|---|---|

A. Describe Problem: ① "Green Wall" Conspiracy to Cover Up prison officials Attempted Murder of plaintiff... ② Interception, Theft, & destruction of (602) Staff Complaint, by the (Fact-Finding) Investigator, Lieutenant "J. Stevenson"... ③ Interception, Theft, & destruction of plaintiffs Outgoing Confidential/Legal Mail, by prison officials: In attempts to prevent plaintiff from reporting "Green Wall" retaliatory criminal acts against plaintiff... Deliberate Indifference by Administrative prison officials; & Conspiracy to Cover Up proof of Delib Indiff by way of Mail, & (602) grievance theft.

If you need more space, attach one additional sheet. — (Continue On Attached Sheet) —

B. Action Requested: ① Process as Staff Complaint... ③ Implement a receipt policy & procedure for processing (Confidential/Legal Mail; & (602) grievance' ③ For the 4-14-08 (3rd/Watch) Tower officer to be Identified; & charged for his misconduct

Inmate/Parolee Signature: _____ Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

On 4- -08 I received a copy of my (CDC 119) Mail Card.
(See Attached (CDC 119)/Exhibit: ___)... The (CDC119) record shows that
the following outgoing confidential, & Legal Mail, sent out of the
Institution (via, U.S. Postal Mail); collected by the also following
prison officials; were not sent out of the Institution.

(And copy of (602) w/cover sheet Letter requesting he ensure it processed)

On 4-3-08 ① Letter to (S.V.S.P.) Warden: "Mike S. Evans"; reporting (S.V.S.P.) officials
failure to process plaintiff's 2-7-08 (602) staff complaint concerning the
2-6-08 Excessive Force by staff Incident. And, the 2-24-08 (602) concerning Due
process violations concerning (RVR # FD-08-02-0041)... ② (602) Appeal of matter..
(Mail collected by 4o "C. Flores" ___)

③ Letter to "Stephen Fuzesi, Jr."; (cheif counsel & Secretary) Newsweek Magaz
(Collected by 4o "C. Flores")...

On -4-10-08 ① Letter to "Stephen Fuzesi, Jr."; (cheif Counsel & Secretary)
Newsweek Magazine...

② (602) Appeal of guilty Finding In (RVR) hearing Log No. (# FD-08-02-004
(Collected by 4o "D. Aldana")...

On 3-26-08 ① Letter to (S.V.S.P.) Warden "Evans", reporting (S.V.S.P.) officials Failure
to process my 2-7-08 (602) staff complaint concerning the 2-6-08 Excessive
Force Incident. And, the 2-24-08 (602) concerning Due Process violations In
(RVR) # FD08-08-02-0041. Also a copy of appeals w/cover Sheet Letter
requesting he ensure the appeal is processed... ② (602) Appeal of matter....
(Collected by 4o "V. Ortega")...

On 4-14-08 at approx (1600 hrs) I received a Letter from the Cali (Attorney General) "Edmund G. Brown Jr.", concerning a 2-6-08 Incident where (S.V.S.P.) guards used excessive Force against me; & Issued me a false charge— Instructing me to contact the Cali (Inspector General). At approx (2025 hrs) the officer collecting the mail skipped my cell; & when I called him back, he was half way up to stairs – (& paused) – he then told me to give my mail to the guard coming behind him, doing Medication delivery. At (2035 hrs.) C/o 'A. Vasquez", came to my cell with the (LVN), & I asked him to Inspect & collect my outgoing Confidential Legal Mail. The officer said yes, & Inspected the mail, then had me to seal It. Though as he began to sign & date the mail on the seal, the Tower officer hollered down & ordering to (A. Vasquez) not to collect my mail... C/o Vasquez, also had collected my (602) appeal of the guilty finding in the hearing of (RVR) # FD-06-02-0041 ... & the outgoing Confidential Mail In this matter was a Letter to (CDCR) Secretary "Scott Kernan"; reporting multiple thefts of other outgoing confidential/Legal Mail, & (602) grievance's, by (S.V.S.P.) officials since 2-6-06 ... C/o A. Vasquez, left my presence without signing my mail to confirm Its Inspection; when I asked the Tower officer for his name; he Threatend that he was going to come out of the Tower, & down Into my cell. At approx (2015 hrs.) I called up to the Tower & Inquired Into the status of said mail; & the Tower officer smiled while nodding his head at me, & closing the tower windows...

— Copy of (602) Grievance —

(S.V.S.P.) Mental Health Administration functions as a Surrogate Custody, or "Green Wall" sympathizing, corrupt branch of the Institution. Being the Communications between Mental Health (M/H) staff, & prisoners Is Confidential, & often secluded; prisoners often report Incidents of Custody Staff ~~~~~~~ Criminal Activity to (M/H) staff; In search of relief / & or protection... On 2-28-08 plaintiff had a half an hour private conference with (Mental Health) Dr. G. Hamlin"; In said conference plaintiff reported that he was retaliatorily beaten by prison guards, due to his filing a 12-6-08 Law suit (# cv-07-6193-JSW-(PR)), against (s.v.s.p) officials... I reported the Excessive Force (E/F) In great detail, Informed the doctor that I had received death threats from custody staff; that I fear for my life & safety; & asked the doctor for help... The doctor went & obtained my 114-A (Ad-Seg) file; Identified a 9-1-07 Video Tape Recorded Interview of my allegations. against staff, ((602) # 5433); then became aggitated with plaintiff; The doctor then began "Vebally" mis'diagnosing plaintiff; calling me Paranoid; accusing me of blaming everyone else for what the guard have done to me; & asking me (set-up) questions — In the heat of the moment — In'which he believed would Incite a rash response; to make me seem Anti-American; so he could note It to my Mental Health filed... // "Hamlin", asked plaintiff: 'How plaintiff feels about the (whistle-blowing) Laws, In America? '... Being plaintiff had just reported (E/F) to "Hamlin"; & asked him for help; & the doctor proved to be Deliberately Indifferent. Plaintiff found "Hamlins" question to be Sarcastic, Un'proffessional; & highly offenssive... Dr. "Hamlin", was Deliberately Indifferent to the Excessive force against plaintiff; & conspired with prison officials to cover up staff Misconduct, by refusing to report It; even after plaintiff asked him to..

( EX. 14 ) (602) of Copy

INMATE/PAROLEE
APPEAL FORM
CDC 602 (12-87)

| Location: Institution/Parole - Region | Log No. | Category |
|---|---|---|
| 1. | 1. | |
| 2. | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classif committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropria member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supp documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NU |
|---|---|---|---|
| John James | P-13474 | | D-1-129 |

A. Describe Problem: "Green Wall" Conspiracy to Retaliate against prisoner, for his familly filing "Citizens Complaints" with the (State Personel Board), reporting Excessive For. by (S.V.S.P.) "Green Wall" officials... Intimidation, & attempts to discourage me from receiving medical treatment for my Injuries suffered due to "Green Wall" Excessive Force ... 'Green Wall" (set-up) of a prisoner, to excerized the foreg claims...

If you need more space, attach one additional sheet. (See Attached Sheet)

B. Action Requested: ① Refer this matter to (CDCR) Office of Internal Affairs, for Investigation ... ② Notify (S.V.S.P.) Warden "M.S.Evans", of this matter... ③ Process this as a Staff Complaint ... ④ Process an Emergency pur § 3084.7 - I fear for my life, & Safety - (Staff Continue to Endanger & Threaten my life)

Inmate/Parolee Signature: _John James_     Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc. submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed     CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

Retaliation, & Conspiracy to Harrass, Torment & Intimidate, causing a "Chilling Effect" on plaintiff's First Amend Right; In violation of the 1st, & 8th Amendment of the U.S. Constitution.

— page (2 of 3) — ("Exhibit: 18")

#/ <u>Breif History</u> : " On 2-6-08 I filed a complaint aginst (S.V.S.P.)

c/o (G. Cobian) For Attempts to Murder me ; & (SGT): (" Sanchez") for Issuing me Death Threats. Said (602) complaint was destroyed, & never processed by (S.V.S.P.) officials, In conspiracy to Cover Up said 2-6-08 Assult upon me.

///

<u>Issue of Claim</u> : On 4-16-08 at approx (0930 hrs.) I was taken From (Ad-Seg) to Central Treatment Center (CTC), to receive an (M.R.I) scan for back Injuries sufferred as a result of said 2-6-08 Assult upon me. While awaiting my turn to be treated between around or about (1000 - 1100 hrs.), I was (set-up) by "Green Wall" officials to be retaliatorially assulted, / & or terrorized & Intimidated by gaurds. This (set-up) was "also" In retaliation for my family & friends recently filing Citizens Complaints aginst (S.V.S.P.) "Green Wall" officials concerning said 2-6-08 Incident, with the California State Personel Board; (CDCR) Internal Affairs; & other non-(CDCR) agencies... Around approx (20) minutes before I received the (MRI), said (SGT) " Sanchez", & c/o "G. Cobian", arrived Into (CTC) conferenced with multiple officers present at the podium. I was then removed from the holding cage by c/o " M. Celso", & positioned (Face-First) Infront of a wall behind where c/o (G. Cobian) was standing, at which time c/o (M. Celso) attempted to demoralize me by situating me unnecessarily aggressive, & stating : " Dont move unless I tell you". At that very moment c/o "G. Cobian", gave " c/o Celso), an appreciative pat on the back; I was then handed over to two (2) officers responsible for ~~escorting~~ escorting all Inmates from (CTC) to the (M.R.I) trailer

(3 jo 2) ("Exhibit: 18")

$\frac{1}{1}$ back   ked towards the rear exit of (CTC) near the (E.R.), $\frac{1}{1}$ stopped directly outside of that doorway. The (2) officers began escorting me approx (15-20) feet behind them, $\frac{1}{1}$ as soon as we exited the rear door (headed to the M.R.I. trailer), (Sanchez $\frac{1}{1}$ Cobian) stepped directly behind me (approx (2) feet away) $\frac{1}{1}$ began threatening me, cursing me, $\frac{1}{1}$ following behind me durring the escort while doing so. I attempted to Ignore him, though he scellated to attain my attention stating; (something like): "Yuu dead, Muther Fucker! Yeah Im talking to you!". I responded: "Hun, Searge?" $\frac{1}{1}$ he replied: "Fuck You"... (Sanchez) the positioned himself to strike me from my right blind side; at which time he stopped "all" verbal acts as a (free-staff) road past )n a cart; (Sanchez) then asked the (2) escorting guards, "who was performing the M.R.I.?" The guard responded... By that time we were on the road-way stretching from the familly visit house, to (CTC), $\frac{1}{1}$ In the view of an approaching staff member whom wore ($\frac{1}{1}$ 6-8) seniority bars on his sleeve. ~~A matter Stratic Paventation comm them granthent~~ At that time (Sanchez) began speaking Spanish to the Latino escorting officer; $\frac{1}{1}$ concluded his statement with the fraze: "(Say = "That aint true" HA HA$^{HA}$ )"... At that moment (as If on Key) a white Institution van pulled up, $\frac{1}{1}$ (Sanchez $\frac{1}{1}$ Cobian) climbed In, $\frac{1}{1}$ road up the path toward the front office. I then asked the (c/o) whom (Sanchez) spoke to In spanish, If (SGT Sanchez) told him to deny that the Threatening Incident had transpired, (If asked)? I then Informed both officers that the reason (Sanchez $\frac{1}{1}$ Cobian) were harrassing me, Is because of retaliation for said complaints filed, $\frac{1}{1}$ a recent 12-6-08 Law Suit filed by me against multiple (S.V.S.P.) "Green Wall" officials, Case No.# (CV-07-6193-JSW-(PR)) The escorting officers responded that the matter has nothing to do with them; $\frac{1}{1}$ that they would not get Involved (via.) harrass me). Upon being returned to (CTC) as I was scorted past c/o "Millhouse"; I asked him (Millhouse); why he simply stood asside, $\frac{1}{1}$ allowed (celso, Sanchez $\frac{1}{1}$ Cobian) to set-me-up, like that?/ Fore, (Millhouse), was sitting at the rear exit desk, $\frac{1}{1}$ he knew of the 2-6-08 Incident; $\frac{1}{1}$ watched (Sanchez $\frac{1}{1}$ Cobian) confront me at the door, on my way to receive M.R.I. treatment ...// I fear for my life//

$(5 +^0 \mathbf{E})$  $(.81 : + 1914 \times 7.)$

John E. James III (P-13474)    (Exhibit: 20)
Salinas Valley State Prison
D-1-128
P.O. Box 1050                                    Date: 4-14-08
Soledad, CA. 93960


Attn: (CDCR) Secretary: Scott Kernan"...

Theft of:
① Outgoing Confidential/Legal U.S. Postal Mail... ② (602) Grievance's...
Sir, (S.V.S.P.) officials are refusing/failing to process my
(602) Staff Complaint(s), & appeals, concerning the 2-6-08
Incident In'which I am alleging (S.V.S.P.) staff (viz, "Green Wall"),
Retaliatorially Conspired & Attempted to "Murder" me... (or U.S. Mail "(604)").
On the following date(s) I filed the following (602) grievance, & which
were collected by the following staff: (Though never sent out)

#1). On 2-7-08 I filed a (602) Staff Complaint (S/Com) report the 2-6-08
Attempted Murder/Excessive Force, by staff... //collected by ℅ "D. Galindo"
Note: "The 2-7-08 (602) was given to (LT):"J. Stevenson", the Fact-Finding Inquire".

#2). On 2-24-08 I filed (602) appeal reporting Due Process violation In the pro-
-cessing of (RVR) #FD8-08-02-0047; concerning the 2-6-08 Excessive Force
Incident. I also sent a copy of the (602) to (Warden) "Mike S. Evans", with
a (cover sheet Letter) requesting he ensure the (602) was processed pur § 3084.1.
// Collected by ℅ "J. Castellanos"//

#3). On 3-26-08 I filed a (602) appeal reporting the Theft/Destruction/ and
failure to process both, said 2-7-08, & 2-24-08 appeals. I also sent
(Warden) "Evans", a copy of the appeal w/ cover sheet Letter, requesting he ensure
that the appeals were Located & processed.// Collected by ℅ "V. Ortega" //

#4). On 4-3-08 I filed a second (2nd) (602) appeal reporting the
        4-3-08
Theft/Destruction & failure to process both 2-7-08, & 2-24-08 appeals.
I again sent (Warden) "M.S. Evans", a copy of the appeal with cover sheet Letter
requesting he ensure that the appeals were Located & processed.
// Collected by ℅ "C. Flores" //

#5). On 4-3-08 I sent a Letter to "Steph Fuzesi, Jr."; (cheif counsel & Secre-tary) — Newsweek Magazine — // Collected by c/o "C. Flores" //

#6). On 4-10-08 I sent a Letter to: "Steph Fuzesi, Jr."; (cheif counsel & Secre-tary) (2nd) — Newsweek Magazine — // Collected by c/o "D. Aldana" //

///

On 4-11-08 I received a copy of my (CDC 119) Mail Card, & It revealed that "None" of the forementioned outgoing Confidential/ /Legal Mail (via., U.S. Postal); was sent out of (S.V.S.P.)...

<u>Action Requested</u>: #1). An (O.I.A.) Investigation Into the 2-6-08 Excessive Force Incident, (832) crime Incident #(FD8-08-02-0087)... // #2). An (O.I.A.) Investigation Into the mail & (602) grievance's(s) Thefts by (S.V.S.P.) officials...

#3). For the Secretary to ensure that all "Green Wall" retaliatory harrass-ment of me Is ceased Immediately; & perminantly...

#4). That all Theft & Destruction of my ~~outing~~ Mail, & (602) Staff Complaints, Is ceased Immediately; & perminantly...

#5). That I am Contacted by the Office of Internal Affairs (O.I.A), & allowed to provide additional evidence, concerning requesting Investigations

#6). For this Letter to be viewed; & addressed, In Connection with the Four (4) recent-prior Corrospondence Complaints I sent to the Secretary concerning this matter. Date: 2-7-08; 2-17-08; 2-27-08; 4-2-08...

#7). For the 2-6-08 Retaliatory False Charge of (Battery on a P.O.) to be Dismissed...

Paper Trail............    cc: U.S. Dis Court N. Dis of Cali...............

<u>Date:</u> 4-14-08                    (Sr) John E. James III

I, Frank Newton (F-41219), declare that the following is true & correct under the penalty of perjury, pur 28 U.S.C. §1746:

On the following dates I witnessed my cell-mate (JAMES / P-13474), send out the following U.S. Postal Confidential/Legal Mail; "collected by the following prison officials:

On <u>5-14-08</u>  he filed a (CDCR) (602) Staff Complaint, against (S.V.S.P.) officials (LT) "Fritz"; (SGT): "M. Valenzuela"; for conspiracy to cover up staff miscon
- duct ...
            (Collected by 4/o "D. Galindo")

On <u>5-18-08</u>  he filed Two (2) Government Claim Board & Victims compensation Complaints, (B.O.C.) claim(s); against (S.V.S.P.) officials...

            (Collected by 4/o "D. Galindo")



:= Exhibit: 21"

S. Frank Newton

(CDCR) No. # F41219