FILED
08 JUN -6 PM 2:16
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUN 3 2008
ACCOUNTING DEPARTMENT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

John E. James

      Plaintiff,

vs.

Scott Kernan

      Defendant.

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

JSW

(PR)

I, John James, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ___Telemarketing___ (Berkeley, CA.)_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or            Yes ___ No ✓
10           self employment
11     b.   Income from stocks, bonds,        Yes ___ No ✓
12           or royalties?
13     c.   Rent payments?                    Yes ___ No ✓
14     d.   Pensions, annuities, or             Yes ___ No ✓
15           life insurance payments?
16     e.   Federal or State welfare payments,     Yes ___ No ✓
17           Social Security or other govern-
18           ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3.   Are you married?                          Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

1      b.     List the persons other than your spouse who are dependent upon you for
2              support and indicate how much you contribute toward their support. (NOTE:
3              For minor children, list only their initials and ages. DO NOT INCLUDE
4              THEIR NAMES.).

5  _____

6  _____

7  5.     Do you own or are you buying a home?       Yes ____ No ✓

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.     Do you own an automobile?               Yes ____ No ✓

10 Make _____ Year _____ Model _____

11 Is it financed? Yes ____ No ✓ If so, Total due: $_____

12 Monthly Payment: $_____

13 7.     Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $_____

17 Do you own any cash? Yes ____ No ✓ Amount: $_____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.) Yes ____ No ✓

20 _____

21 8.     What are your monthly expenses?

22 Rent: $_____ Utilities: _____

23 Food: $_____ Clothing: _____

24 Charge Accounts:

25 Name of Account          Monthly Payment          Total Owed on This Acct.

26 _____          $_____          $_____

27 _____          $_____          $_____

28 _____          $_____          $_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Prison Restitution, $2,200, to (CDCR)

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-2-08                              John James
_____                        _____
DATE                              SIGNATURE OF APPLICANT

```
 1
 2                                              Case Number: _CV-08-2706-JSW-(PR)_
 3
 4
 5
 6
 7
 8                              CERTIFICATE OF FUNDS
 9                                        IN
10                              PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of __JAMES (P-13474)__ for the last six months
                                              [prisoner name]
14   _Salinas Valley State Prison_____ where (s)he is confined.
            [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $_____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____          _____
                                      [Authorized officer of the institution]
20
```

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **P13474 James, John** for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT       [prisoner name]
P.O. BOX 1020
SOLEDAD, CA 93960-1020
_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: **6/4/08**                     *L. Macias*
                                     [Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                    REPORT DATE: 06/03/08
                                                          PAGE NO:         1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                         SALINAS VALLEY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 03, 2008

ACCOUNT NUMBER : P13474                   BED/CELL NUMBER: FDB1T1000000128U
ACCOUNT NAME   : JAMES, JOHN EDWARD       ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                             TRUST ACCOUNT ACTIVITY

      << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT

   DATE         HOLD
  PLACED        CODE         DESCRIPTION              COMMENT       HOLD AMOUNT
 ----------     ----   ---------------------------   -----------   -----------
 02/14/2007     H103   DAMAGES-REFUSED TO SIGN HOLD  2296TSHIRT          6.14
 03/16/2007     H110   COPIES HOLD                   2556 COPY           0.40
 06/21/2007     H107   POSTAGE HOLD                  3623 PPOST          1.99
 08/14/2007     H110   COPIES HOLD                   0511 COPY           0.84
 09/19/2007     H110   COPIES HOLD                   0856 COPY           0.96
 10/03/2007     H110   COPIES HOLD                   0966 COPY           0.96
 10/19/2007     H110   COPIES HOLD                   1132 COPY           0.96
 12/07/2007     H110   COPIES HOLD                   1517 COPY           1.08
 03/07/2008     H110   COPIES HOLD                   2320 COPY           1.32
 03/13/2008     H110   COPIES HOLD                   2383 COPY           1.44
 03/19/2008     H110   COPIES HOLD                   2438 COPY           0.84
 04/10/2008     H110   COPIES HOLD                   2603CDC119          1.56
 04/15/2008     H110   COPIES HOLD                   2649 COPY           1.56
 04/15/2008     H110   COPIES HOLD                   2659 COPY           1.56
 04/16/2008     H110   COPIES HOLD                   2675 COPY           1.56
 04/21/2008     H110   COPIES HOLD                   2715 COPY           1.56
 05/02/2008     H110   COPIES HOLD                   2795 COPY           1.56
 05/09/2008     H114   COPAY FEE, MED.               2857 COPAY          5.00
 05/13/2008     H110   COPIES HOLD                   2897 COPY           1.68
 05/15/2008     H109   LEGAL POSTAGE HOLD            2914 ENVEL          1.30
 05/15/2008     H109   LEGAL POSTAGE HOLD            2914 LPOST          1.34
 05/15/2008     H118   LEGAL COPIES HOLD             2914 LCOPY         22.70
 05/22/2008     H110   COPIES HOLD                   2981 COPY           1.80
 05/22/2008     H109   LEGAL POSTAGE HOLD            2982 LPOST          2.87
 05/22/2008     H109   LEGAL POSTAGE HOLD            2982 LPOST          1.85
 05/22/2008     H118   LEGAL COPIES HOLD             2982 LCOPY          4.80
 06/02/2008     H109   LEGAL POSTAGE HOLD            3036 LPOST          4.80
 06/02/2008     H109   LEGAL POSTAGE HOLD            3036 ENVEL          1.30
 06/02/2008     H118   LEGAL COPIES HOLD             3036 LCOPY         36.90
```

```
REPORT ID: TS3030  .701                                          REPORT DATE: 06/03/08
                                                                 PAGE NO:          2
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SALINAS VALLEY STATE PRISON
                            INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 03, 2008

ACCT:   P13474       ACCT NAME: JAMES, JOHN EDWARD              ACCT TYPE: I

                              TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL          TOTAL         CURRENT         HOLDS        TRANSACTIONS
   BALANCE        DEPOSITS      WITHDRAWALS     BALANCE        BALANCE       TO BE POSTED
  ---------       --------      -----------     -------        -------       ------------
     0.00           0.00            0.00          0.00          112.63           0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4/4/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY R. Macias  SVSP
   TRUST OFFICE

```
                                                                  CURRENT
                                                                 AVAILABLE
                                                                  BALANCE
                                                                 ---------
                                                                  112.63-
```