John E. James III (P-13419)
4B-3A-103
California Correctional Institution
P.O. Box 1906
Tehachapi, CA. 93581

FILED
08 AUG 11 PM 2:24
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATTN: "Clerk of the Court"

Notice of Change of Address for Plaintiff concerning the following case's:

#1). CV-07-6193-JSW

#2). CV-08-2706-JSW-(PR)

///

Please note on the record, the headed Address, for Litigation notification...

Date: 8-4-08                  /s/ John E. James III

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __John E. James III (P-13474__, declare:

I am over 18 years of age and a party to this action. I am a resident of __California Correctional Institution__ Prison,

in the county of _____,

State of California. My prison address is: __4B-3A-103 • P.O. Box 1906 • Tehachapi, CA. 93581__.

On __8-4-08__,
(DATE)

I served the attached: __Notice of Address Change__

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

```
U.S. Dis Court N. Dis of Cali        U.S. Dept of Just
 — Clerk —                            — Counsel (dep: AG)
450 Golden Gate Ave.                 455 Golden Gate Ave.
San Francisco, CA. 94102             San Francisco, CA. 94102
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __8-4-08__        __John James__
(DATE)                        (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                    ::ODMA\PCDOCS\WORDPERFECT\22832\1